Page 1 of Exhibit "A"

copy of original

copy

# STATE OF RHODE ISLAND SUPERIOR COURT

## CIVIL CASE COVER SHEET

Case * (Filled in by Clerk's Office) PM034214

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office. If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will then be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| CRAIG PRICE | DEPARTMENT OF CORRECTIONS |

NATURE OF PROCEEDING — Check the applicable case type under main categories listed below. (check one only)

District Court Appeal ☐ Yes (check type below)

☐ AGA Agency appeal
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CIC Criminal inj. compensation
☐ CLA Common law assignment
☐ CLL Common law lien
☐ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☐ CRJ Civil Rights Job Discrimination
☐ DEJ Declaratory judgment
☐ DIN Recovery of damages/insurance
☐ DOJ Debt on judgment
☐ DPC Denial of probate claim
☐ Other than above (specify type):

☐ DTP Deceptive trade practice
☐ EXT Excessive tax
☐ FOR Forfeiture
☐ FRJ Foreign Judgment
☐ IDV Personal inj./property dam-vehicle
☐ INR Injunctive relief
☐ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ PDM Property damage
☐ PDV Property damage / vehicle
☐ PER Personal injury
☐ PIV Personal injury-vehicle
☐ PRL Product liabilty

☐ PRN Promissory note
☐ PRT Partition
☐ RIC Reinstate charter
☐ RLP Real property
☐ ROF Recovery of funds
☐ SAB Sexual abuse
☐ SPP Specific performance
☐ SXH Sexual harassment
☐ TAE Trespass and ejectment
☐ TCO Title clearing (other than tax title)
☐ TCT Trustee/appt convey title
☐ TRA Trustee/accounting
☐ UNM Uninsured motorist
☐ WOM Mandamus. Writ of
☐ WOR Replevin, Writ of
☐ WRD Wrongful death

MISCELLANEOUS PETITIONS

☐ AOD Assessment of damages
☐ AOS Trustee successor
☐ AOT Trustee / appointment of
☐ ARA Arbitration award
☐ CAR Arbitration /confirm
☐ CFC Confirm compromise
☐ CND Condemnation
☐ CNT Contempt
☐ DOC Dissolution of corp.
☐ DOT Trustee / declination of
☐ DSC Disclaimer
☒ Other than above (specify type):

☐ EDP End partnership
☐ FOC Forfeiture of charter
☐ FRR Forclosure of right redemption
☐ GJI Grand jury investigation
☐ HAC Habeas corpus
☐ LCN Level of community notification
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PCR Post conviction relief
☐ PFC Petition for constable
☐ PFI Petition for immunity

☐ PFR Petition for review
☐ PFS Perform surgery
☐ PIN Pet for inventory (wire tap)
☐ PTD Pet to take deposition
☐ PTE Petition to expunge
☐ R5A Rule 5A petition
☐ REC Receivership
☐ RTA Arbitration referral
☐ SVP Sexually violent predator petition
☐ TCL Title clearing (tax title)
☐ TLF Foreclosure / tax lien
☐ VAR Arbitration / vacate

PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☒ Other than above (specify type): Motion to Compel Compliance

Is this a case that may require a trial for resolution? ☐ Yes ☐ No If yes: ☐ Jury or ☐ Non-jury

( Attorney name and Registration # Dena Paolino #4695 8/13/03 (Date

Pro se/Name ____________________

SUPERIOR COURT HENRY S. KINCH JR. CLERK 2003 AUG 13 P 12:40

Page 2 of Exhibit "A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC SUPERIOR COURT

STATE OF RHODE ISLAND P94-087CR

VS.

CRAIG PRICE

v.

Dept Corrections

PM 034214

Complaint

**MOTION TO COMPEL**

Now comes the defendant, Craig Price, in the above-captioned matter and files this, his Motion to Compel the State of Rhode Island, specifically the Department of Corrections, to comply with a prior order of this court dated July 17, 1997.

In support thereof, defendant avers that on July 17, 1997 a hearing was held before the Honorable Chief Judge Albert E DeRobbio wherein the court found your defendant in criminal contempt of a prior order of the Family Court. As a result thereof, Judge DeRobbio sentenced the defendant to 25 years at the Adult Correctional Institute, 15 years suspended, 10 years to serve.

"As a condition of that sentence" Chief Justice DeRobbio ordered that the "Department of Corrections give the best psychological and psychiatric treatment" to your defendant.(Order date 7/17/97, p.47, line 3-5). A copy of said order is attached hereto and incorporated herein.

Your defendant avers that since the entry of said order the Department of Corrections has refused to comply with said condition of sentence and has steadfastly denied to provide him psychiatric, psychological and rehabilitative treatment.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2003 AUG 13 P 12:41

WHEREFORE, your defendant prays that this Honorable Court enter an order compelling the State of Rhode Island, Department of Corrections, to comply with the prior order of Chief Justice DeRobbio dated July 17, 1997 and provide him with psychiatric, psychological and rehabilitative treatment forthwith.

Respectfully Submitted,
CRAIG PRICE
By and through his attorney,

Dena Paolino-Sarcia #4695
PO Box 7182
Cumberland, RI 02864
401.334.6012

CERTIFICATION

I hereby certify that on the Day of August, 2003 I mailed a copy of the foregoing to the Department of the Attorney General, 150 South Main Street, Providence, RI 02903 and the Department of Corrections, Legal Counsel, 40 Howard Avenue, Cranston, RI 02920.

PLEASE TAKE NOTICE THAT A HEARING ON THE WITHIN MOTION HAS BEEN SCHEDULED FOR HEARING ON AUGUST 26, 2003 IN COURTROOM 9 of the PROVIDENCE SUPERIOR COURT.

PETITION FOR WRIT OF HABEAS CORPUS

Now comes the petitioner, Craig Price, and respectfully prays that he be permitted to appear before this Honorable Court for the purpose of his Motion to Compel.

CRAIG PRICE
By his ATTORNEY,

Dena Paolino-Sarcia

Let Writ of Habeas Corpus
Issue Returnable to 26th
day of august, 2003

Kathleen F Madrid
~~Justice of~~ the Superior Court
Clerk

Page 4 of Exhibit "A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT

STATE OF RHODE ISLAND P94-087CR

VS.

AH 03-4214

CRAIG PRICE
v.
Deptartment Corrections

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL

This matter is properly before this Honorable Superior Court pursuant to the Rhode Island Supreme Court in In Re Craig P., 671 A2d 797,798 (R.I.1996) wherein the Court held that

> "Upon the attainment of the respondent's 21st birthday, and from the point of his transfer to the ACI, all such authority passed to the Department of Corrections and the Superior Court".

The defendant, Craig Price, in the above-captioned matter moves this Honorable Court to grant his Motion to Compel the State of Rhode Island, specifically the Department of Corrections, to comply with a prior order of this court dated July 17, 1997.

Defendant avers that on July 17, 1997 a hearing was held before the Honorable Chief Judge Albert E DeRobbio alleging that the defendant was in criminal contempt of a prior Family Court order requiring him to submit to psychiatric treatment. After hearing thereon, Chief Justice DeRobbio found your defendant in contempt of said order and sentenced him to 25 years at the Adult Correctional Institute, 15 years suspended, 10 years to serve.

"As a condition of that sentence" Chief Justice DeRobbio held that "the Department of Corrections" was "obligated to give to [your defendant] the best psychological and psychiatric treatment that is available to the Department". (Exhibit A-Order date 7/17/97, p.45, line 2-6).

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2003 AUG 13 P 12: 43

Your honor reiterated this condition of sentence and ordered that the "Department of Corrections give the best psychological and psychiatric treatment".(Exhibit B-Order date 7/17/97, p.47, line 3-5).

However, defendant avers that since the inception of Chief Justice DeRobbio's order dated July 17, 1997 the Department of Corrections has willfully refused to comply. Defendant submits to this court that on numerous occasions he has requested rehabilitative treatment but that the DOC has brazenly denied his requests. In support thereof, defendant submits a copy of his grievance to the warden which he filed on September 30, 1999. As stated therein, defendant complained about the "lack of rehabilitation... but to no avail".( Exhibit C ). Not surprisingly the DOC, in their continued disregard of Judge DeRobbio's court order, denied the defendant's grievance and attributed blame to his "level of security" which "does not provide many rehabilitative programs". (Id).

Defendant avers that the Department of Corrections has failed to justify their repeated denial of psychiatric treatment and rehabilitative programs. Defendant maintains that the DOC is fully aware of the court order dated July 17, 1997 requiring them "to give the best psychological and psychiatric treatment" yet they steadfastly refused to comply. (See Exhibit D ).

In light of the aforestated, defendant prays that this Honorable Court order the State of Rhode Island and the Department of Corrections, to comply with the prior order of this court and provide him with psychiatric, psychological and rehabilitative treatment forthwith.