Page 1 of Exhibit "B"

# INMATE REQUEST FOR TRANSFER OUT OF THE STATE OF RHODE ISLAND

TO: Joseph A. DiNitto, Associate Director, Classification
Asst. Director in Charge of Transfers

FROM: Craig C. Price # 95484
(Inmate's Name) I.D.#

I, Craig C. Price (Inmate's Name) request a transfer [illegible] My reason(s) is as follows: Cannot make progress through system. High Profile Case. Respectfully request to be transferred to the Federal System (especially because of [illegible] and Rehabilitation. Will take California, Chicago, Ohio, South Carolina, and New Jersey (but need of all the Feds because of programming).

Craig C. Price — Inmate's Signature — 6-4-04 — Date

[illegible signature] — Witness (Counselor) — 6/4/04 — Date

## VERIFICATION

My investigation of this request has shown this application to be valid/invalid due to the following reasons:

Page 2. of Exhibit "B"

# INTERSTATE TRANSFER

**Craig C. Price # 95484**

VOLUNTARY X______ INVOLUNTARY ______

SIGNATURE OF INMATE ______

SIGNATURE OF WITNESS ______

6/4/04

P. 1 of Exhibit B(a)

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**FAMILY COURT**

**State of Rhode Island** :
:
**vs.** : **FC# P94-087CR**
:
**Craig Price** :

## STIPULATION

This matter came for hearing upon Craig Price's "Complaint/Motion to Compel the Department of Corrections" to provide him with specialized psychiatric treatment, Judge Albert E. DeRobbio, presiding. After discussion among the parties and the Court, it is hereby agreed among the parties and ordered by the Court that:

1. Craig Price's "Complaint/Motion to Compel" may be withdrawn without prejudice.

2. Craig Price agrees and consents to be voluntarily transferred to a correctional facility outside the State of Rhode Island, as evidenced by his written consent, attached hereto.

Respectfully submitted:

For Craig Price:

Dena Paolino Sarcia
Dena Paolino Sarcia #4695
P.O. Box 7182
Cumberland, RI 02864
(401) 442-6012/(401) 334-2921 fax

For the State of Rhode Island and

J. Patrick Youngs
J. Patrick Youngs #3550
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400/(401) 222-2996 fax

RECEIVED
04 DEC 14 PM 4:03
F. CHARLES HAIGH, JR.
ADMINISTRATOR/CLERK

CLERK

TRUE COPY ATTEST

For the Department of Corrections:

Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145/(401) 462-2583 fax

ENTER: ______________________

DATE: 12/14/04

ORDER: ______________________
Prov Superior Clerk 12/14/04

RECEIVED
04 DEC 14 PM 4:03
F. CHARLES HAIGH, JR.
ADMINISTRATOR/CLERK

CLERK

TRUE COPY ATTEST