STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(Instructions on Back)

Mail Number:
Team Number: 4
Institution: F.S.P.

Exhibit "E"

TO: (Check One)
☐ Warden ☐ Asst. Warden
☑ Classification ☐ Security
☐ Medical ☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Craig C. Price | 126556 | B1210 | None | 12-10-04 |

**REQUEST**

Respectfully request if I could make an attorney call to my attorney Dena Paolino Sarcia (#401-334-6092) so that I can have her straighten out the seemingly un-favorable misinformation that is apparently surrounding my classification circumstances I presently find myself in. Also, could I please be alloted legal supplies so that I may write my Attorney Dena Paolino Sarcia, and my other two attorneys Paula Rosin and Robert Morro. I am at this time indigent and without the means to purchase pen, paper, envelopes, and stamps. I also need legal supplies to write the "District Court of Rhode Island", Family Court of Rhode Island", the "Superior Court of Rhode Island", and the "Supreme Court of Rhode Island." I also would like assistance for my C.M. hearing. Thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE** DATE RECEIVED:

(1) Attorney call - contact security as classification has no control over this.

(2) legal package attached.

(3) You ~~was~~ were given 48 hours notice before CM hearing this all that is required by ~~B~~ Chapter 33 - Florida Statute.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): R. Robinson Date: 12/20/04

Distribution: White -Returned to Inmate Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.
Canary -Returned to Inmate

DC6-236 (Revised 8-00)