STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(Instructions on Back)

Mail Number:
Team Number: 4
Institution: F.S.P.

TO: (Check One) ☑ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☐ Other

Exhibit "F"

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Craig C. Price | 126556 | B1210 | None | 12-15-04 |

## REQUEST

Respectfully request if you could please let me know just what my status is, and when can I talk to someone about it. Respectfully sir, I am distraught over the fact that I have been placed in a Disciplinary Confinement Wing of Segregation, yet, I've broken no rules or regulations here in the State of Florida that would justify such placement. I am an Out-Of-State Prisoner from Rhode Island here in Florida (Via Interstate Transfer, which was Voluntary, "NOT DISCIPLINARY"). My Transfer, (which was born out of litigation on my behalf), was so that I could take advantage of vocational, educational, and Rehabilitative Programs, that I have not already taken in R.I.. I have over 20 months Discipline free, and I've graduated from "Anger Management"; "One on One psychological Counseling"; "Stress Mngt." etc... I would like to go to Population, (like in Miami), or Respectfully be sent back to R.I.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

Your present status is Administrative Confinement Pending Close Management (review).

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): R. Robins Date: 12/20/04

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)