STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

# INMATE REQUEST

Mail Number:
Team Number: 4
Institution: F.S.P.

Exhibit "G"

**TO: (Check One)** ☐ Warden ☑ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Craig C. Price | 126556 | M1203 [redacted] | None | 1-6-2005 |

**REQUEST** "INFORMAL GRIEVANCE"

This informal Grievance is filed in regards to "Prolonged Administrative Confinement", and being denied the opportunity to gain "Rhode Island statutory Industrial Good Time", (in which impacts duration of my sentence). I first came to F.S.P. on the date of "12-6-04", and I was directly placed in confinement. I'm a Prisoner from Rhode Island who ended up getting transferred here to Florida (via Interstate Compact). My Transfer is one of a "Voluntary" nature and emphatically not a "Disciplinary" one. Now although I have received no disciplinary reports here in Florida, I [redacted] been placed in a "Disciplinary Wing" (where I [redacted] remained up to [redacted] 30 DAYS). I have been to "no classification hearings as of yet", and even though the "A/C status" I've been placed on allows for phone calls, I've been denied one to family and my Attorney (whom I'm respectfully sure can help affirm my previous classification situation in the previous prison from which I came from, where I was approximately "21 months Disciplinary Report free", and as recent as "July 2004," I successfully completed programs such as: "Anger Mgnt.; Stress Mgnt.; and One on One Psyche Counseling"). This continual confinement (and even the possible approval to place, or keep me in such confinement), would cause a "Grievous Loss" on the account of preventing me from attaining the expected Statutory Industrial Good Time I would get for "working" in Rhode Island.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE** DATE RECEIVED: RECEIVED JAN 1 1 2005 CLASSIFICATION DEPARTMENT - MU

Your informal grievance has been received, reviewed, and evaluated. First you are no longer under the jurisdiction of Rhode Island Department of Correction but the Florida Department of Corrections. The fact you have not received a disciplinary action in Florida is a moot issue, as your past action indicates you have had serious disciplinary actions, [redacted]
• In order to place a phone call, you must request a phone list and fill it out, and it has to be approved. The place of your housing has nothing to do with your management status. Grieving an issue that would concern Rhode Island Dept. of Corrections is not a grievable issue in Florida Dept of Corr. As you have cited more than one issue, which does not qualify as a grievance, this submitted informal grievance is returned as a request.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): R. Robinson Date: 1/31/05

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

M1-321

Page 1. of Exhibit "H"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED
JAN 1 8 2005
Department of Corrections
Inmate Grievances

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From: Price Craig C 126556 Florida State Prison
Last First Middle Initial Number Institution

05601912

Part A – Inmate Grievance

This Grievance is filed in regards to Close Management Placement. On 1-13-05, I was unfairly placed on a Segregation Status without the Proper amount of Process due to me concerning said placement. The "C.M." Board Members based their decision off a critically flawed seven line paragraph that inaccurately and inadequately summed up my institutional record. When I pointed this out, I then asked the C.M. Board to post-pone proceedings until the flaws I pointed out could be corrected. This request was denied. The C.M. Board Members never honored the provided procedures regarding my classification, in which said provisions and guidance is outlined in FLA. Laws governing Interstate Compacts. This C.M. placement is unfairly precluding me from attaining statutory Industrial Good Time I would be receiving had the C.M. Board Members appropriately Reviewed my entire record. This loss of opportunity to gain Good Time impacts my sentence.

1-13-05
DATE

Craig C. Price, 126556
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ____
# Signature

PART B – RESPONSE

SEE ATTACHED RESPONSE

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.