Page 1 of Exhibit "I"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Price Craig C. — 126556 — F.S.P./Florida State Prison

Last First Middle Initial Number Institution

Exhausting Ad.Min. Remedy

Part A – Inmate Grievance

This Grievance is filed in regards to Close Management. On 1-13-05, I was unfairly placed on a Segregation Status without the Proper amount of Process due to me before placing me in such placement. The C.M. board members based their decision off of a critically flawed seven line statement that inaccurately, inadequately, and unfairly summed up my institutional record. When I Pointed this out, I then asked the C.M. Board to post-pone proceedings until the flaws I pointed out could be corrected. This request was denied. The C.M. Board members never honored the provided procedures regarding my classification, in which said provisions and guidance is outlined in Florida Laws governing Interstate Compacts. This C.M. Placement is unfairly precluding me from attaining Rhode Island Statutory Industrial Good Time I would be receiving now in Rhode Island, had here in Florida, the C.M. Board members appropriately reviewed my entire record. This loss opportunity is grievous towards my Good Time, and impacts my sentence overall.

1-25-2005 — Craig C. Price #126556

DATE — SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____/________

\# Signature

0501-373

PART B – RESPONSE

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

TEAR ON PERFORATION

Page 2 of Exhibit I

**PART B - RESPONSE**

| PRICE, CRAIG | 126556 | 0501-205-373 | (205) FSP - MAIN UNIT | M1321S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated. You are properly assigned to CM1. You were placed on CM1 due to your extensive disciplinary history, which demonstrates you are a threat to the safety and security of the institution. You have not shown that your report of close management was flawed. You have shown no reason to reverse the decision of the ICT.

Based on the foregoing information, your grievance is denied.

You have fifteen days to appeal this decision to:
Bureau of inmate grievance appeals
2601 Blair Stone Road
Tallahassee, Fl. 32399-2500

S. Brunt

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

Acting

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE 1/30/05

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
FEB 0 1 2005
FSP GRIEVANCE OFF.