PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO: Price, Craig 126556 FSP/2US M1-321

LAST FIRST MIDDLE INITIAL NUMBER INSTITUTION

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

2-4-05 AC Gask

DATE GRIEVANCE LOG NUMBER RECIPIENT'S SIGNATURE (STAFF MEMBER)

| DISTRIBUTION: | INSTITUTION/FACILITY | DISTRIBUTION: | CENTRAL OFFICE |
|---|---|---|---|
| WHITE COPY | INMATE COPY | WHITE COPY | INMATE COPY |
| CANARY COPY | INMATE'S FILE | CANARY COPY | INMATE'S FILE - INST./FACILITY |
| PINK COPY | INMATE COPY | PINK COPY | C.O. INMATE FILE |
| GOLDENROD COPY | RETAINED BY OFFICIAL RESPONDING | GOLDENROD COPY | RETAINED BY OFFICIAL RESPONDING |

205050204 03

DC1-303 (Revised 8-00)

Exhibit "J"