Page 1 of Exhibit "K"

From: Lynn Garst, CSAC
Bureau of Classification and Central Records
Interstate Corrections Compact – Institution

To:

- ☐ Sylvia D. Williams, ICC Administrator
- ☐ Tamara Fountain
- ☐ ______________________ CI
  Classification Dept.
- ☐ ______________________ CI
  Classification – Inmate Records
- ☑ I/m Craig Price #126556

- ☐ For your review / action
- ☐ Per your request
- ☐ Please cc this office with your response
- ☐ ~~FYI~~

E-Mail: garst.evelyn@mail.dc.state.fl.us
Office #: 850 410-4553
Sun Com #: 210-4553
Fax #: 850 922-4178

Page 2 of Exhibit "K"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
P.O. Box 8249
Cranston, R.I. 02920

RECEIVED
FEB 0 8 2005
BUREAU OF CLASSIFICATION
& CENTRAL RECORDS

January 31, 2005

Sylvia D. Williams
Interstate Corrections Compact Administrator
Florida Dept. of Corrections
2601 Blairstone Road
Tallahassee, Florida 32399-2500

Re: Craig Price #126556
ACI #95484

Dear Ms. Williams:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on January 14, 2005, regarding the above-named Rhode Island inmate.

As indicated, Mr. Price was classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in April, 2005. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

105williams9