Page 1 of Exhibit L

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

March 4, 2005

Craig Price – Fla. DC# 126556
Florida State Prison
7819 N.W. 228th Street
Raiford, Florida 32026-1220

Dear Mr. Price:

In response to your letter dated February 14, 2005, please be advised that it was mutually agreed upon by yourself, your attorney and Director A.T. Wall to transfer you out-of-state via the Corrections Compact Agreement.

In response to your classification concerns, be advised that at your last three Classification Hearings (copies enclosed) the High Security Classification Board did not recommend an upgrade in your custody placement. The High Security Classification Board recommended High Security, "C" Status; and it was approved by Assistant Director Jake Gadsden who, as you know, is responsible for finalizing recommendation on inmates who are designated as Security Risk Group (SRG) inmates.

In keeping with the Rhode Island Department of Corrections Classification Policy, your Classification Status will be reviewed in absentia at your next scheduled Classification Hearing which will be sometime in April, 2005. At your upcoming and subsequent Classification Hearings, it will be the procedure of the Rhode Island Classification Board to recommend that an inmate who is serving his/her sentence out-of-state remain classified to his/her present custody level until such time as he/she returns back to Rhode Island. At that time the Rhode Island Classification Board will review his/her overall record within and without the State of Rhode Island and make a custody level recommendation based on that information.

Page 2 of Exhibit "L"

Craig C. Price – Fla. DC#126556
March 4, 2005
Page 2
Re: Classification Status

In response to your letter wherein you assume that you should immediately be placed in population in the receiving state (Florida), please be advised that in compliance with the Corrections Compact Agreement, inmates from the sending state (Rhode Island) will be required to participate in the receiving state's (Florida) Reception and Diagnostic Process. Upon completion of this process (which varies from state to state), the Classification Board in the receiving state (Florida) will determine what custody level the inmate should initially be placed in. It will then by the responsibility of the receiving state (Florida) to classify you periodically as their policy dictates. The receiving state (Florida), as dictated by the Corrections Compact Agreement, has authorization to classify only as low as Medium Security. Be advised that before any consideration can be given for a lesser security, the sending state (Rhode Island) must be contacted and willing to provide written approval.

I trust the above-mentioned information has addressed your concerns as it relates to your Classification Status. Should you have any questions and/or concerns relative to your transfer, I would suggest that you write to Patricia Coyne-Fague, Chief Legal Counsel, 40 Howard Avenue, Cranston, Rhode Island 02920.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: A. T. Wall, Director
Jake Gadsden, Asst. Director
Patricia Coyne-Fague, Chief Legal Counsel
file
205price2