"Exhibit M"

# FLORIDA DEPARTMENT of CORRECTIONS

Governor
**JEB BUSH**

Secretary
**JAMES V. CROSBY, JR.**

*An Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

May 11, 2005

Inmate Craig Price, DC# 126556
Florida State Prison
7819 NW 228th Street
Raiford, Florida 32026

RE: Close Management and Interstate Transfer status

Your letter to Ms. Garst dated April 14, 2005 was forwarded to the State Classification Office for review. The Florida Department of Corrections Interstate Transfer Office has no plans to recommend your return to the State of Rhode Island. However, you can make the request to return to Rhode Island directly to the authorities in that state. If they feel it is appropriate for you to be removed from Florida, they can initiate that action.

Your letter contains several statements which are not corroborated by your record. You have at no time been in disciplinary confinement status while in the custody of this department. You were in administrative confinement from December 3, 2004 at RMC ? until your transfer to FSP on 12/6/05 where you remained in administrative confinement status until January 20, 2005. You were being reviewed for Close Management during that time. On January 20, 2005 you were approved for Close Management I status by the State Classification Office based on the violence contained in your prison record. You were provided with due process in accord with Chapter 33-601.800 F.A.C. On January 20, 2005 you were also approved for a ninety (90) day review. That review did occur in April 2005 resulting in your reduction to Close Management II status on April 21, 2005. You will continue to be reviewed in accord with Chapter 33-601.800 F.A.C. until such time as it is deemed appropriate for you to be released to general population. As you progress through the levels of Close Management you will have more access to programs and privileges as allowed by rule.

The inmate telephone system reflects that you requested only two numbers to be placed on your approved call list. You have made several attempts to call both numbers without success. Only your father's number could be verified and subsequently approved. The other number could not be verified as being billed to the person you listed at that number so it can not be approved at this time. While you were approved to call your father's number, there is a billing issue which is preventing him from receiving your collect calls. Both of these individuals may call 1-800-231-0193 to speak directly to the phone company to see what they need to do to resolve these issues if they wish to receive your calls.

The other issues you addressed including canteen privileges and program involvement are institutional issues. A copy of your correspondence and this response will be provided to them to ensure they are aware of your concerns. You should direct any further correspondence concerning those issues to your institutional classification officer or utilize the inmate grievance procedure to have them addressed.

S. Cosson

S. Cosson
Correctional Services Consultant

SC/sc

c Michael Rathmann, Warden, Florida State Prison
Jeffrey McClellan, Classification Supervisor, Florida State Prison
Sylvia Williams, Interstate Compact Office
File