UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

DISTRICT COURT, U.S. DISTRICT OF R.I.

CRAIG C. PRICE

V.

ASHBEL T. WALL II, et.al

C.A. No. ____________

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Craig C. Price, declares under penalty of perjury:

1) I am the plaintiff in this case. I make this declaration in support of my Motion for a temporary restraining order and a preliminary injunction to ensure that I am transferred back to the state of Rhode Island.

2) As set forth in the complaint in this case, I was retaliated upon by Rhode Island Department of Correction officials for exercising my First Amendment Right to petition the courts.

3) That I was sent out-of-state, (via Interstate Compact), for purposes of receiving court ordered treatment and rehabilitation the R.I. D.O.C. could not provide.

4) That I was transferred to the state of Florida and to the Florida Department of Corrections, and that I was placed on a Close Management Segregation status in the Florida State Prison.

5.) That I never agreed or consented to be voluntarily transferred to the state of Florida and the Florida Department of Corrections, and that my transfer into the Florida D.O.C. was not a state I agreed and consented to be transferred to in a Stipulation set forth by the Rhode Island Family Court.

6) That I was placed on the most restrictive Close Management segregation status in the Florida State Prison as a direct consequence for engaging in constitutionally protected conduct.

7.) That because I am on a restricted Close Management status, and because the Florida State Prison cannot provide meaningful and adequate rehabilitation and programming, I am being denied court ordered treatment.

8.) Defendant Wall is the Director of the R.I.D.O.C., whose duties involve the responsibility of making all final approvals of any and all classification decisions involving plaintiff's housing and classification, including approvals and orchestration of plaintiff being transferred to and from any state the state of Rhode Island has entered into a Inter-state Compact agreement involving plaintiff.

9.) Defendant Gadsden is the Assistant Director of the R.I.D.O.C., whose duties involve the responsibility of reviewing and approving any and all classification decisions for the plaintiff whose been designated a Special Risk Group Member, including any and all classification reviewals and approvals involving housing, status, and the orchestrating of any and all out-of-State transfers that pertain to transferring the plaintiff to and from any state the state of Rhode Island has entered into a Interstate Compact agreement with involving the plaintiff.

10.) Defendant DiNitto is the Associate Director of Classification for the R.I.D.O.C., and his duties involve the responsibility of reviewing, facilitating, and orchestrating, any and all classification decisions involving the plaintiff's housing, classification, and plaintiff's transfer to and from any state the Rhode Island D.O.C. has entered into a Interstate Compact agreement with that involves the plaintiff.

11.) Together, defendants Wall, Gadsden and DiNitto, have the responsibility of orchestrating, facilitating, planning, and approving, the means of transportation inwhich the plaintiff is transferred to and from any state the state of Rhode Island's Department of Corrections has entered into a Interstate Compact agreement with that involve the plaintiff.

12.) For the reasons set forth in the Memorandum of Law filed with this motion, the plaintiff is entitled to a Temporary Restraining Order requiring the defendants to arrange for the plaintiff's transfer back to the State of Rhode Island, and to a Preliminary Injunction requiring the defendants to carry out that plan regarding plaintiff's transfer back to the state of Rhode Island.

13.) For the foregoing reasons, the Court should grant the plaintiff's Motion in all respects.

I declare under penalty of perjury that the foregoing is true and correct.

: __/__/2005

Craig C. Price - Pro-se

Craig C. Price, #126556, Pro-se
Florida State Prison
7819 N.W. 228th Street
Raiford, FLA., 32026-1200

Craig C. Price #126556
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida
33955

↑ NEW MAILING ADDRESS