AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Rhode Island

CRAIG C. PRICE
Plaintiff

V.

ASHBEL T. WALL II, et. al.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CA 05 389S

I, Craig C. Price declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Florida D.O.C. Charlotte Correctional Institution

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Last had a prison job in the year of 2004, Federal Bureau of Prisons, Oklahoma City, OK., $0.34 a day (job was temporary for several weeks) Other job before that was in 2001 at R.I.D.O.C. making $1.50 a day

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☐ No
   b. Rent payments, interest or dividends ☐ Yes ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☐ No
   d. Disability or workers compensation payments ☐ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☐ No
   f. Any other sources ☑ Yes ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

(3)

AO 240 Reverse (Rev. 10/03)

Basically my Mother, Father, and Sister when they can, send me funds for items I need to purchase on commissary, (e.g. stamps, cosmetics, paper, envelopes, etc...). My family tries to do what they can, and it's hard, because I've been incarcerated since I was fifteen and I will be turning thirty-two in 2 months. I have never been able to work as an adult

4. Do you have any cash or checking or savings accounts? ☐ Yes ☑ No

If "Yes," state the total amount. ____________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☑ Yes ☐ No

If "Yes," describe the property and state its value. I own a few personal reading books, and I own a walkman Sony Radio (worth about $20.00).

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None. No dependents.

I declare under penalty of perjury that the above information is true and correct.

8/29/2005
Date

Craig C. Price
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# RHODE ISLAND DEPARTMENT OF CORRECTIONS

**Inmate Accounts**

**I hereby certify that the attached is a copy of CRAIG C. PRICE'S Inmate Ledger for the past six months.**

**Arthur D. Bedard**
**Business Management Officer**

**Dated: August 29, 2005**

Rhode Island Department of Corrections

Inmate Account History

ID#: 95484

Name: PRICE, CRAIG C

[redacted]

Location: SOS - D MOD - D04

| Balances as of 8/29/2005: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 5.00 | 0.00 | 243.51 | 248.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/13/2004 | POSTAGE | POSTAGE | 0.90 | 24.82 | 0.00 | 243.51 |
| 8/17/2004 | EPR | OID:100334033-ComisaryPurch-Reg | -20.45 | 4.37 | 0.00 | 243.51 |
| 8/26/2004 | <LEGAL COPY> | LEGAL COPIES HS 7-2004 | -0.80 | 3.57 | -0.80 | 243.51 |
| 8/26/2004 | LEGAL COPY | LEGAL COPIES HS 7-2004 | 0.80 | 3.57 | 0.00 | 243.51 |
| 8/26/2004 | <LEGAL COPY> | LEGAL COPIES HS 7-2004 | -1.90 | 1.67 | -1.90 | 243.51 |
| 8/26/2004 | LEGAL COPY | LEGAL COPIES HS 7-2004 | 1.90 | 1.67 | 0.00 | 243.51 |
| 8/27/2004 | CASH A TELLER | JOHN PRICE | 30.00 | 31.67 | 0.00 | 243.51 |
| 8/31/2004 | EPR | OID:100337062-ComisaryPurch-Reg | -30.80 | 0.87 | 0.00 | 243.51 |
| 9/3/2004 | <LEGAL COPY> | LEGAL COPIES 8-04 HS | -0.70 | 0.17 | -0.70 | 243.51 |
| 9/3/2004 | LEGAL COPY | LEGAL COPIES 8-04 HS | 0.70 | 0.17 | 0.00 | 243.51 |
| 9/4/2004 | ERF | OID:100337062-ComisaryRefund-Reg | 1.70 | 1.87 | 0.00 | 243.51 |
| 9/7/2004 | EPR | OID:100340284-ComisaryPurch-Reg | -1.86 | 0.01 | 0.00 | 243.51 |
| 10/4/2004 | CASH B TELLER | SHIRLEY PRICE | 50.00 | 50.01 | 0.00 | 243.51 |
| 10/5/2004 | EPR | OID:100348111-ComisaryPurch-Reg | -41.72 | 8.29 | 0.00 | 243.51 |
| 10/8/2004 | CASH A TELLER | SHIRLEY PRICE | 20.00 | 28.29 | 0.00 | 243.51 |
| 10/13/2004 | EPR | OID:100351215-ComisaryPurch-Reg | -2.92 | 25.37 | 0.00 | 243.51 |
| 10/18/2004 | CHECK TRANSFER | FOOD FOR THE POOR INC 95484 CR PRICE | -5.00 | 20.37 | 0.00 | 243.51 |
| 10/20/2004 | <LEGAL COPY> | LEGAL COPIES H SEC 9-04 | -2.00 | 18.37 | -2.00 | 243.51 |
| 10/20/2004 | LEGAL COPY | LEGAL COPIES H SEC 9-04 | 2.00 | 18.37 | 0.00 | 243.51 |
| 10/26/2004 | EPR | OID:100356240-ComisaryPurch-Reg | -17.24 | 1.13 | 0.00 | 243.51 |
| 10/27/2004 | CASH A TELLER | JOHN PRICE | 25.00 | 26.13 | 0.00 | 243.51 |
| 10/30/2004 | ERF | OID:100356240-ComisaryRefund-Reg | 17.24 | 43.37 | 0.00 | 243.51 |
| 2/10/2005 | CHECK TRANSFER | INMATE TRUST FUND 126556 CRAIG PRICE | -43.37 | 0.00 | 0.00 | 243.51 |
| 7/21/2005 | CHECK TRANSFER | VOID-U S CIST COURT OF R I 95484 CRAIG P | 5.00 | 5.00 | 0.00 | 243.51 |

Due to computer posting the 'Balances as of 8/29/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.