UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

DISTRICT COURT, U.S. DISTRICT OF R.I.

CRAIG C. PRICE

V.

ASHBEL T. WALL II, et. al

CA. No. 05-389 S

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Craig C. Price, declares under penalty of perjury:

1.) I am the plaintiff in this case. I make this declaration in support of my Motion for a temporary restraining order and a preliminary injunction to ensure that I am transferred back to the state of Rhode Island.

2.) As set forth in the complaint in this case, I was retaliated upon by Rhode Island Department of Correction officials for exercising my First Amendment Right to petition the courts.

3.) That I was sent out-of-state, (via Interstate Compact), for purposes of receiving court ordered treatment and rehabilitation the R.I.D.O.C. could not provide.

4.) That I was transferred to the state of Florida and to the Florida Department of Corrections, and that I was placed on a Close Management Segregation Status in the Florida State Prison.

5.) That I never agreed or consented to be voluntarily transferred to the state of Florida and the Florida Department of Corrections, and that my transfer into the Florida D.O.C. was not a state I agreed and consented to be transferred to in a Stipulation set forth by the Rhode Island Family Court.

6) That I was placed on the most restrictive Close Management segregation status in the Florida State Prison as a direct consequence for engaging in constitutionally protected conduct.

7.) That because I am on a restricted Close Management status, and because the Florida State Prison cannot provide meaningful and adequate rehabilitation and programming, I am being denied court ordered treatment.

8.) Defendant Wall is the Director of the R.I.D.O.C., whose duties involve the responsibility of making all final approvals of any and all classification decisions involving plaintiff's housing and classification, including approvals and orchestration of plaintiff being transferred to and from any state the state of Rhode Island has entered into a Interstate Compact agreement involving plaintiff.

9.) Defendant Gadsen is the Assistant Director of the R.I.D.O.C., whose duties involve the responsibility of reviewing and approving any and all classification decisions for the plaintiff whose been designated a Special Risk Group Member, including any and all classification reviewals and approvals involving housing, status, and the orchestrating of any and all out-of-State transfers that pertain to transferring the plaintiff to and from any state the state of Rhode Island has entered into a Interstate Compact agreement with involving the plaintiff.

10.) Defendant DiNitto is the Associate Director of Classification for the R.I.D.O.C., and his duties involve the responsibility of reviewing, facilitating, and orchestrating, any and all classification decisions involving the plaintiff's housing, classification, and plaintiff's transfer to and from any state the Rhode Island D.O.C. has entered into a Interstate Compact agreement with that involves the plaintiff.

11.) Togethae, defendants WaLL, Gadson, and DiNitto, have the eesponsibility of oechestrating, facilitating, planning, and appeoving, the means of teansportation inwhich the plaintiff is teansfeered to and feom any state the state of Rhode Island's Depaetment of Coerections has enteeed into a Inteestate Compact ageeement with that involve the plaintiff.

12.) Foe the reasons set foeth in the Memoeandum of Law filed with this motion, the plaintiff is entitled to a Tempoeaey Restraining Oedee requiring the defendants to aerange foe the plaintiff's teansfee back to the State of Rhode Island, and to a Peeliminaey Injunction eequiring the defendants to caeey out that plan regaeding plaintiff's teansfer back to the state of Rhode Island.

13.) Foe the foregoing reasons, the Coueet should geant the plaintiff's Motion IN all eespects.

I declaee undee penalty of peejuey that the foregoing is teue and coeeect.

Craig C. Price Pro-se

Ceaig C. Peice, *126556, Peo-se
FLoeida State Peison
7819 N.W. 228th Street
Raifoed, FLA., 32026-1200

12/7/2005

Craig C. Price

MR Craig C. Price #126556
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FLorida 33955

↑ New Mailing Address For Plaintiff