To: United States Distict Court
For the District of Rhode Island
Office of the Clerk
Providence, Rhode Island, 02903-1779

From: Mr. Craig C. Price, #126556
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FLorida, 33955

Re: CRAIG C. PRICE vs. A.T. WaLL II, et al., CA. No. 05-389S, Jury Trial/Service To Defendants Gadsden and DiNitto/ Petition for A Writ of Habeas Corpus Ad Testificandum, and Proposed Order Granting Writ of Habeas Corpus Ad Testificandum.

12/19/2005

Peace & Greetings

Dear Clerk of the Court,

I'm writing this letter to your office in regards to the above mentioned issues inwhich I would like to call to your attention for the official record.

First, issue I would like to respectfully bring to the Clerk's Office attention, pertains to service of Complaint to Defendants Gadsden and DiNitto. Please, (for the record), be advised that on the date of 12/19/2005, I mailed out a copy of Complaint to each of the above named Defendants, and that I further sent to each of the above named Defendants the following documents to be mailed back to me in a prepaid postage envelope which I have provided. The documents were as follows:

"1" Notice of Law Suit And Request For Waiver of Service of Summons"
"2" Waiver of Service of Summons"

Previously, (as recent as 12/07/2005), I sent only "1" copy of the Complaint to the Department of Corrections Chief Legal Counsel Patricia A. Coyne-Fague, with the notion that just sending 1 copy of the Complaint would be sufficient (seeing I **assumed** the Defendants will be represented by the same counsel, ie. Patricia A. Coyne Fague), So with the idea of just sending 1 complaint to the Lead Defendant (ie. Ashbel T. WaLL II), along with the appropriate number of the above described documents to each Defendant, I thought all would be good.

However, so no problems will exist, and so no obstacles will prevent the litigation of my Civil Suit, I have taken the appropriate steps to complete the service process upon each Defendant.

Please also find enclosed along with this letter, a copy of the letter I sent to the D.O.C.'s Chief Legal Counsel, Attorney Patricia A. Coyne-Fague, explaining this very thing regarding Service of Complaint to Defendants Gadsden and DiNitto.

The Second issue I would like to bring to the Clerks Office attention, and to officially put on the record, is an issue pertaining to "JURY TRIAL". Respectfully, on the date of 12/16/2005, I received a copy of the Civil Docket for case# 1:05-cv-00389-S-JH, and this Civil Docket was dated 12/13/2005.

Upon reviewing this Civil Docket, in the upper right hand corner I noticed that where it is printed "Jury Demand," it states the word "NONE".

Now I'm not sure if I am reading or perceiving this data wrong, but if I am not, and this is no mistake, then I would like to bring it to the Clerk's Office attention that a mistake has been made somewhere down the line, because Clearly it is written upon page "1" of my Complaint that: "JURY TRIAL DEMANDED".

Please look into this matter, because I fully intend to have my Civil Complaint judged by a Civil Jury, and I would prefer a Jury over a Judge, (Respectfully). Could the Clerk's Office please get back to me regarding this issue?

Lastly, please also find enclosed with this letter, a "Petition For A Writ Of Habeas Corpus Ad Testificandum," and a "Proposed Order Granting Writ Of Habeas Corpus Ad Testificandum" that I have written up, and that I wish to be filed with the Office of the Clerk.

Please, if there are any deficiencies with these documents, I wish to have filed, could the Clerk's Office please notify me and send me notation as to what defects exist so that I may refile and have my legal Petitions considered by the Court.

Thank you for your time and effort considering these issues, and I pray and hope to hear from you soon.

Respectfully Submitted

[signature] #126556

Mr. Craig C. Price #126556
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida
33955