UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

v.

C.A. No. 05-389 S

A.T. WALL II, Director, Rhode Island Department of Corrections et al.

# * * * PETITION FOR WRIT OF * * *
# * * HABEAS CORPUS * *
# * * * AD TESTIFICANDUM * * *

Pursuant to §28 U.S.C. § 2241 (c) (5), the plaintiff Craig C. Price requests that this Court issue a writ of habeas corpus ad testificandum requiring Director A.T. Wall II, to bring the plaintiff before the Court for a trial scheduled to commence on ____/____/________, and states in support:

1.) The plaintiff's case depends in large part on his own testimony. Since the credibility of witnesses will be an issue in this matter, the jury should be allowed to hear the plaintiff testify personally and observe his demeanor.

2.) The plaintiff is proceeding *pro se* in this matter and should therefore be produced to manage the presentation of his case, to cross-examine the defendants who testify and their witnesses, and to hear the defendant's case and present appropriate rebuttal evidence.

Plaintiff requests that the defendants bear the cost of the implementation of the terms of this writ.

: 12/19/2005

: Craig C. Price #126556

Mr. Craig C. Price, #126556
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida
33955

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

v. C.A. No. 05-389S

A.T. WALL II, Director Rhode Island Department of Corrections et al.

**WRIT OF HABEAS CORPUS**
**AD TESTIFICANDUM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Director Ashbel T. Wall II, Rhode Island Department of Corrections, Adult Correctional Institution.
40 Howard Avenue
Cranston, Rhode Island
02920

Dear Sir,

We command that you have the body of Craig C. Price, Rhode Island Department of Corrections's Identification No. 095484, detained at the Florida Department of Corrections's Charlotte Correctional Institution, at 33123 Oil Well Road, Punta Gorda, Florida, 33955, under your custody as it is said, under safe and secure conduct before the judges of our District Court within and for the District for Rhode Island, at One Exchange Terrace, Providence, Rhode Island, 02903, on / /2006, there to testify to the truth according to his knowledge in a certain cause now pending in said court, and there to be tried, entitled Craig C. Price Vs. Ashbel T. Wall II et al.,

05-389 S, before the said court, and immediately after the said Craig C. Price has completed presenting his case and shall have given his testimony in the above-entitled matter, and the Court declares the matter and trial thereof completed, and that you return him to the ______________________, barring any further orders or directives given by the Court regarding Craig C. Price's custody, under safe and secure conduct, and have you then and there this writ.

Witness the Honorable ______________________, Judge of the United States District Court for the District of Rhode Island, this __________ day of ______________, ______________.

______________________

Clerk