CR NO. 05-0245 Attached to reconsideration motion submitted between November 29, -Dec. 2, 2005

exibit A-1

12-5-05

On the date of 10-5-05 I went to the federal court building to attend the closing arguments for Anthony Lipscomb. Arriving a little late, when I got to the court room the door was locked and I wasn't able to enter.

Manuel Antonio Pong 12/5/05 Wesley A. Lucas

Wesley C. Lucas