UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

v.

C.A. No. 05-389 S

A.T. WALL II, Director, Rhode Island Department of Corrections et al.

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 1/13/06

*** PETITION FOR WRIT OF ***
** HABEAS CORPUS **
*** AD TESTIFICANDUM ***

Pursuant to §28 U.S.C. § 2241 (c)(5), the plaintiff Craig C. Price requests that this Court issue a writ of habeas corpus ad testificandum requiring Director A.T. Wall II, to bring the plaintiff before the Court for a trial scheduled to commence on __/__/____, and states in support:

1.) The plaintiff's case depends in large part on his own testimony. Since the credibility of witnesses will be an issue in this matter, the jury should be allowed to hear the plaintiff testify personally and observe his demeanor.

2.) The plaintiff is proceeding *pro se* in this matter and should therefore be produced to manage the presentation of his case, to cross-examine the defendants who testify and their witnesses, and to hear the defendants case and present appropriate rebuttal evidence.

Plaintiff requests that the defendants bear the cost of the implementation of the terms of this writ.

: 12/19/2005

: Craig C. Price #126556
Mr. Craig C. Price, #126556
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida
33955

**ORDER**

Plaintiff's Motion For Writ of Habeas Corpus Ad Testificandum is DENIED. No hearing or trial has been scheduled in this matter.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: January 24, 2006