UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CRAIG C. PRICE<br><br>   Plaintiff,<br><br>v.<br><br>ASHBEL T. WALL, II, Director, Rhode Island Department of Corrections, JAKE GADSDEN, JR., Assistant Director of the Rhode Island Department of Corrections, and JOSEPH A. DINITTO, Assistant Director of Classification, Rhode Island Department of Corrections<br><br>   Defendants. | C.A. No. 05-389S |

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on March 7, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' motion to dismiss is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/28/06