STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC FAMILY COURT

* * * * * * * * * * * * * *

State of Rhode Island *
*
VS. * F.C. FILE NO. P94-087CR
*
Craig C. Price *
* * * * * * * * * * * * * *

Heard Before:

The Honorable Chief Justice Albert E. DeRobbio

On July 17, 1997

APPEARANCES:

Joseph P. Youngs, III, Esq.,...... FOR THE STATE

Robert B. Mann, Esq.,............. FOR THE DEFENDANT

ALSO PRESENT:

Michael Stone, Esq.

Doug Newberg, State Police

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

EXHIBIT 1

years will be consecutive to the sentence that he is presently sentenced to and that he is serving. As a condition of that sentence, the Department of Corrections is obligated to give him the best psychological and psychiatric treatment that is available to the Department. Of course that's left to their discretion, and that upon release from the Adult Correctional Institution that this defendant will have what we call intensive probation. That the Department of Corrections, through its probation officer, will monitor his every actions to make sure that he continues on with any necessary treatment, and that he, when in their valued judgment believe that he has fulfilled his responsibilities that are required by the sentence and can then make a determination as to the type of supervision that may be imposed upon him. That is the judgment of this court and at this point the clerk will impose sentence.

MR. MANN: Your Honor, I think Mr. Price would like to address you. I don't know if that's acceptable?

THE COURT: He would like to address?

MR. PRICE: I just want to say one thing, you know, this is probably some of the most --

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island