**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRAIG C. PRICE** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-389S** |
| | : | |
| **A.T. WALL, et al.** | : | |

**<u>AFFIDAVIT OF JOSEPH A. DiNITTO</u>**

1. My name is Joseph A. DiNitto. I am the Associate Director for Classification at the Rhode Island Department of Corrections. I have held this position since 1992.

2. My job duties include the initial and periodic classification of inmates to the least restrictive classification level by evaluating various factors regarding institutional risk. As part of these duties, I am responsible for the assembly and mailing of applications for the out-of-state transfer of Rhode Island inmates, as well as for the evaluation of such packages sent to the Rhode Island Department of Corrections from other states' prison systems seeking to transfer their inmates to the Rhode Island system.

3. Each year I prepare less than ten transfer applications. I prepare transfer applications only after the Director or Assistant Director for Institutions and Operations directs me to do so.

4. When an inmate is transferred to another state, that state usually "trades" an inmate with the system from whom they are accepting an inmate. There are currently forty-nine Rhode Island inmates serving their sentences in other states' prison system pursuant to the transfer process. There are currently forty-six out-of-state inmates serving their sentences in the Rhode Island Department of Corrections pursuant to the transfer process.

5. The application package that is sent to other states for their consideration includes the following, per the requirements of the Compact for the transfer of inmates:

   - Case history; criminal history
   - Records of adjustment
   - Misconduct or discipline history
   - Escape history
   - Physical and mental health records
   - Medical testing (if any); mental health evaluations (if any)
   - Record of any prescription medications the inmate is taking

EXHIBIT 2

- Copies of judgments of conviction
- Reasons for the transfer request
- Identification data (e.g., fingerprints, photos, FBI rap sheet)
- Waiver or consent (if the transfer is voluntary)
- Classification reports
- Parole Board reports
- Educational/vocational reports
- Inmate Accounts ledger
- Visiting list
- Enemy list
- Furlough information (if any)
- SIU (Special Investigation Unit) reports (if any)

6. I prepared a package including the documents referenced above for the transfer application for inmate Craig Price. I included a cover letter that stated the following reasons for our request for Price's transfer: "We are requesting Mr. Price's transfer to your jurisdiction due to the fact that he received high media coverage relative to his crime. It is felt by this Department that out-of-state placement would be in the best interests of Mr. Price as well as the Rhode Island Department of Corrections. Basically, it is our opinion that Mr. Price's movement within our system is extremely limited and, therefore, we are looking to give him a new start in a system unfamiliar with his background. In the primary interest of affording Mr. Price optimum opportunity to pursue both his rehabilitative and security needs, we feel that his needs can best be met in a correctional institution outside of the State of Rhode Island."

7. I sent a transfer application package for Craig Price to the following prison systems:

- Virginia
- Colorado
- The Federal Bureau of Prisons
- Arkansas
- Oregon
- South Carolina
- Ohio
- New Jersey
- Illinois
- New Mexico
- Florida

8. I did not send Price's application to California, as Rhode Island does not have a compact agreement with California for the exchange of inmates.

9. Following is a list of those systems that rejected Price's application, and the reason they rejected it (if a reason was given):

- Virginia: gang affiliation
- Colorado: assault history against staff and inmates
- The Federal Bureau of Prisons: assault history; discipline history; limited room for another high security inmate
- Arkansas: limited high security accommodations
- Oregon: no inmate of equal caliber to exchange
- South Carolina: no reason given
- Ohio: no inmate of equal caliber to exchange
- New Jersey: mental health needs; gang affiliation; disciplinary history
- Illinois: no reason given

10. Price's application was accepted by Florida and New Mexico.

11. The Director of Corrections determined that the Florida system was more suitable for Price than the New Mexico system for his rehabilitative and security needs. The Rhode Island Department of Corrections accepted a Florida inmate in exchange for Florida accepting Price.

12. While Price is housed in Florida, the Rhode Island Department of Corrections continues to "classify" him *in abstentia* to the level he was when he left Rhode Island. The Florida system may, under the compact, house Price in any classification level but Minimum (i.e., once the Florida system wants to put Price in any level below Medium, they must seek Rhode Island's permission).

Joseph A. DiNitto

Subscribed and sworn to before me, in the City of Cranston, County of Providence, State of Rhode Island on this 17th day of April 2006.

Notary Public
My commission expires: 12-20-09