STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
P.O. Box 8249
Cranston, R.I. 02920

June 4, 2004

Sylvia D. Williams
Interstate Corrections Compact Administrator
Florida Dept. of Corrections
2601 Blairstone Road
Tallahassee, Florida 32399-2500

Re: Craig Price
ACI #95484

Dear Ms. Williams:

Enclosed please find an interstate transfer package on the above-named Rhode Island inmate for consideration as a voluntary transfer to the State of Florida under the provisions of the Corrections Compact Agreement.

Mr. Price arrived at our institution on June 15, 1994, to serve a total aggregate total sentence of 27 years for the following offenses.

- Criminal Contempt of Court (Count 1) ten (10) years controlling sentence
- Criminal Contempt of Court (Count 2) seven (7) years consecutive
- Assault on a Correctional Officer (Count 1) one (1) year consecutive
- Assault on a Correctional Officer (Count 1) two (2) years consecutive
- Assault by an Inmate (Count 2) one (1) year consecutive

It should be noted that inclusive in this total aggregate sentence of 27 years are two (2) sentences that have since expired. On May 27, 1995, Mr. Price expired a one-year sentence for Civil Contempt of Court. Subsequently, on June 24, 2001, Mr. Price expired an eight (8) year sentence for Extortion and Blackmail. Upon the expiration of this eight (8) year sentence, Mr. Price began serving his current controlling sentence of ten (10) years for Criminal Contempt of Court.

As previously mentioned, Mr. Price's effective date of sentencing for the total aggregate 27 year sentence is June 15, 1994. His tentative good time release date is October 20,

EXHIBIT 4

Sylvia D. Williams
Page 2
June 4, 2004
Re: Craig Price, ACI #95484

2010, and his tentative full time release date is February 17, 2022. Mr. Price had his initial Parole Hearing for his total aggregate sentence on October 15, 2002, and the Rhode Island Parole Board voted to deny his parole. The reason for the denial is that the Parole Board felt that to parole Mr. Price at this time would promote disregard for the judicial system. The Parole Board also is concerned that Mr. Price needs to display behavioral control in a less restrictive prison setting. The Parole Board will see Mr. Price in two years (October, 2004).

On his present incarceration (beginning August 16, 1994 and ending April 7, 2003), Mr. Price has accumulated 47 disciplinary infractions (copies of all Mr. Price's disciplinary infractions are contained within this package. Since April 7, 2003, Mr. Price's disciplinary record has been unremarkable.

Medical and mental health information is enclosed for your staff to review. Please note that the attached documents may contain confidential information that should not be released to the inmate. Enclosed for your review are confidential copies of Special Investigation Unit reports provided to this office by our Special Investigation Unit.

We are requesting Mr. Price's transfer to your jurisdiction due to the fact that he received high media coverage relative to his crime. It is felt by this Department that out-of-state placement would be in the best interest of Mr. Price as well as the Rhode Island Department of Corrections. Basically, it is our opinion that Mr. Price's movement within our system is extremely limited and, therefore, we are looking to give him a new start in a system unfamiliar with his background. In the primary interest of affording Mr. Price optimum opportunity to pursue both his rehabilitative and security needs, we feel that his needs can best be met in a correctional institution outside of the State of Rhode Island.

Please evaluate the enclosed material and advise us as to whether or not Mr. Price is an acceptable candidate for transfer to the State of Florida. Be advised that we are willing to exchange Mr. Price for a suitable Florida inmate with similar characteristics. I remain available for any additional information you might need and look forward to an expeditious response in this matter. As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification