**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CRAIG C. PRICE** :
:
**vs.** : **C.A. No.: 05-389S**
:
**A.T. WALL, et al.**

Defendants' Statement of Undisputed Facts

Now come the Defendants in the above-entitled action and, pursuant to Rule 56 (a) of the Local Rules of the United States District Court for the District of Rhode Island hereby states the material facts that are undisputed in this matter.

The Defendants do not dispute:

1. That in August 2003 Craig Price filed, through counsel, a "Motion to Compel" the Department of Corrections to provide mental health treatment and rehabilitative programming to Craig Price.
2. That during the pendency of the Motion to Compel, the Department of Corrections agreed to seek an out-of-state transfer for Craig Price.
3. That Craig Price indicated, on his voluntary transfer acknowledgement form, a preference for transfer to the following prison systems: the Federal system, New Jersey, Illinois, Ohio, South Carolina.
4. That the Motion to Compel was dismissed, without prejudice, by stipulation.
5. That Price was transferred to the Florida prison system, transported by the U.S. Marshals.
6. That Florida determined that Price should be held in close supervision.

Respectfully submitted:

Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
401-462-0145/401-462-2583 *fax*

## Certification

I hereby certify that on the 17th day of April 2006 I sent a true copy of the within document by first-class mail postage pre-paid to: Craig C. Price, Charlotte Correctional Institution 33123 Oil Well Road Punta Gorda, Florida 33655.

[signature]