**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRAIG C. PRICE** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-389S** |
| | : | |
| **A.T. WALL, et al.** | : | |

ADDENDUM TO MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now come the Defendants in the above entitled matter, by and through their attorney, and hereby submit that within their memorandum in support of their motion for summary judgment, two states were inadvertently omitted from the list of those states to whom Defendants sent interstate transfer packages for the Plaintiff. Defendants wish to bring to the Court's attention that they had also sent transfer packages for Plaintiff to the states of Pennsylvania and Washington. Neither accepted Plaintiff.

Respectfully submitted:

Patricia A. Coyne-Fague #5198
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that on the 28th day of April 2006 I sent a true copy of the within document by first-class mail postage pre-paid to: Craig C. Price, Charlotte Correctional Institution 33123 Oil Well Road Punta Gorda, Florida 33655.