UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

VS. C.A. No. 05-389S,

A.T. WALL, et al.

# MOTION FOR EXTENSION OF TIME AND/OR CONTINUANCE

Now comes the plaintiff, Craig C. Price, pro se, in the above-entitled matter, and moves in this honorable court pursuant to Local Rule of Civil Procedure Rule 39 C (1), respectfully request for an extension of time consisting of an additional (15) fifteen days, to respond and file objection, memorandum of Law in Support to objection, and Affidavit in Support of plaintiff's objection, to defendants Motion for Summary Judgment.

For the good cause shown in plaintiff's memorandum of law in Support to this motion, and for the good cause shown in plaintiff's affidavit in support to this motion, the plaintiff prays that the requested extension of time be granted.

5/4/2006

Respectfully Submitted

Craig C. Price #126556, pro se

Craig C. Price, #126556, prose
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida, 33955

***CERTIFICATION***

I hereby certify that on the 4th day of May, 2006, I sent a true copy of the within document by first Class Mail postage to the defendants attorney Patricia A. Coyne Fague #5198, at 40 Howard Avenue, Cranston, R.I., 02920, and to the Clerk of the United States District Court for the District of R.I., at Providence, Rhode Island, 02903-1779.

: Craig C. Price #126556 pro se

***NOTARIZATION***

Subscribed and sworn to before me at the Charlotte Correctional Institution, in Punta Gorda, State of Florida, on this 4th day of May, 2006.

: Craig C. Price pro-se
Plaintiff

: 5/4/06

NOTARY PUBLIC-STATE OF FLORIDA
Kara R. Williams
Commission # DD488568
Expires: NOV. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.

: Kara Williams
Notary Public

My Commission expires: ______