UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

VS. C.A.No. 05-389S

A.T. WALL, et al

## **AFFIDAVIT**
## ***IN SUPPORT OF***
## ***EXTENSION OF TIME***

I, Craig C. Price, do hereby swear that the following facts are true and correct:

1) My Name is Craig C. Price, and I am a Rhode Island State prisoner who has been transferred Out-of-State to the state of Florida and the Florida Department of Corrections, and I am currently being held in a restrictive Close Management Segregative Status.

2) That because I am being held in a restrictive Close Management Segregative Status, I have very limited use and access of phone privileges, and even the communication vessel of written correspondance is a very limited and difficult form of communication to utilize when trying to contact witnesses involved in legal matters.

3) That on the date of 4/5/06, I mailed to the defendant's counsel a request for a production of documents, along with Interrogatories, pursuant to Rules 33 and Rule 34 of the Local Rules of Civil Procedure. (See Exhibit "A" attached to Affidavit)

4.) That as of the date of 5/4/06, I still have not received the documents that I have requested, nor have I received any answers to the interrogatories I have propounded to defendants.

5.) That the requested discovery of the documents and the interrogatories sought by plaintiff will help the plaintiff establish that a genuine issue of material fact exist within the instant case.

6.) That on the date of 4/20/06, I received by U.S. mail the defendant's Motion for Summary Judgment.

7.) That on the date of 5/2/06, after numerous attempts of exercising diligent efforts to contact attorney Dana Paolino-Garcia, (whom is the plaintiff's key witness regarding the matter now before the court), the plaintiff finally spoke to this witness via tele conference, and upon expressing to this witness the need of her testimony to defend against defendant's motion for Summary Judgment, attorney Paolino-Garcia has agreed to immediately produce an affidavit for plaintiff, attesting to certain facts the plaintiff contends will establish a genuine issue and that a material fact exist in the instant case.

Under penalties of perjury, I declare that I have written and read the foregoing affidavit and the fact stated within it are true and correct.

5/4/06

Craig C. Price #126556, pro se
Craig C. Price #126556, pro se
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida, 33955

***CERTIFICATION***

I hereby certify that on the 4th day of May, 2006, I sent a true copy of the within document by first Class mail to the defendant's attorney Patricia Coyne-Fague #5198, at 40 Howard Avenue, Cranston, R.I., 02920, and to the Clerk of the United States District Court for the District of R.I., at Providence, R.I., 02903-1779.

Craig C. Price, pro se

***NOTARIZATION***

Subscribed and sworn to before me at the Charlotte Correctional Institution, in Punta Gorda, State of Florida, on this 4th day of May 2006.

: [signature]
Plaintiff
: 5/4/06

: [signature]
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Kara R. Williams
Commission # DD488568
Expires: NOV. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.

My Commission Expires: ____________