Exhibit "B"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(Instructions on Back)

Mail Number:
Team Number: 3
Institution: Charlotte C.I.

TO: (Check One)
- [ ] Warden
- [x] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Dental
- [x] Other ASSISTANT WARDEN SKIPPER

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Craig C. Price | #126556 | A-3210 | House Man | 3/30/06 |

## REQUEST

Respectfully request if I could please be allowed to have a phone call made to my attorney Dena Paolino-Garcia. The number that I presently have on my list (401-334-6012), is no longer valid. The only other number that I have available to me for this attorney is (A Mobile # 617-201-1868). Now the reason why I need to make this outside call to this attorney, is because on the date of April 11th, 2006, I have a Court Hearing (via tele conference), and this attorney is a Central and Key witness that is critically important for me, and my proceedings, before this hearing takes place. Previously, I've written to this attorney (several times), but I'm not sure if the address is any longer valid. I am willing to pay full expenses for the call, and I am also willing to allow said call be fully monitored. Lastly, if this is not possible, then alternatively, is it possible a "FAX" message could be sent, (Fax# 401-334-3420), to this attorney relaying that I need to converse with her before the April 11th Hearing and to schedule a phone Conference before the 11th, (again I am willing to pay full expenses for the FAX). Sir, respectfully, please understand and know that this request to you, is a reflection of my efforts that I am endeavoring to employ any means available to me to contact my witness, should I have to demonstrate this to the Court. Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: RECEIVED Charlotte Corr Inst MAR 30 2006 Assistant Warden Programs

~~PO Box 7182~~ ~~[illegible]~~
Cumberland RI 02864
508-316-0010
office #
Called this is address the RI Bar shows. You can write. If she needs to speak with you she can fax us 941-575-5751

[The following pertains to informal grievances only:

Based on the above information, your grievance is _______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 4/6/06

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

401- 421-5740