Exhibit "C"

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: ____
Team Number: 3
Institution: Charlotte C.I.

TO: (Check One) ☐ Warden ☐ Asst. Warden ☑ Classification ☐ Security ☐ Medical ☐ Dental ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Craig C. Price | # 126556 | A-3210 | House Man | 4-11-06 |

## REQUEST

Respectfully request if my attorneys phone # can be placed on my list. Reason why I need this phone # placed on my list, is because the previous phone # changed from 401-334-6012 to the new office # which is 508-316-0010.

Attorneys name is Dena Paolino-Saccia, and the new attorneys phone # I would like to have placed on my phone list as soon as possible, is 508-316-0010 (Respectfully, this new attorney # was given to me by Classification Supervisor B. Mohurst, on the date of 4-6-06.

Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: 4-12-06

~~She Need Complete And Deliver the Attached DC6-214 Inclusion of Attorney or Inmates Phone List~~

MCI - Please make change

for change of # you need copy of old and new phone bill, shows name address phone # current march-may "06"

COMPLETED MCI

[The following pertains to informal grievances only:

Based on the above information, your grievance is ________________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): R Williams SCW Date: 4-12-06

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)