FILED MAY 9 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

vs. C.A. No. 05-389S

A. T. WALL, et al.

# MOTION FOR EXTENSION OF TIME AND/OR CONTINUANCE

Now comes the plaintiff, Craig C. Price, pro se, in the above-entitled matter, and moves in this honorable court pursuant to Local Rule of Civil Procedure Rule 39 C (1), respectfully request for an extension of time consisting of an additional (15) fifteen days, to respond and file objection, memorandum of Law in Support to objection, and Affidavit in Support of plaintiff's objection, to defendants Motion for Summary Judgment.

For the good cause shown in plaintiff's memorandum of law in support to this motion, and for the good cause shown in plaintiff's affidavit in support to this motion, the plaintiff prays that the requested extension of time be granted.

Respectfully Submitted

5 / 2006

Craig C. Price #126556, pro se

Craig C. Price, #126556, pro se
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida, 33955

Referred to U.S.M.J. Hagopian
[illegible] for findings & recommendation/decision
[illegible] for determination
[illegible] U.S. District Judge
Date: 5/8/06

**ORDER**

**GRANTED. Plaintiff shall file his objection to Defendant's Motion For Summary Judgment on or before May 31, 2006.**

**Jacob Hagopian**
**Senior U.S. Magistrae Judge**
**Date: May 9, 2006**

page 1 of 2.