**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRAIG C. PRICE** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-389S** |
| | : | |
| **A.T. WALL, et al.** | : | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DISCOVERY REQUESTS**

Now come the Defendants in the above-entitled matter, by and through their attorney, and for the reasons argued in the accompanying memorandum of law, respectfully request this Court permit them an enlargement of time in which to answer Request for Production of Documents and Interrogatories, propounded by the Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

Defendants seek a continuance to June 26, 2006.

Respectfully submitted:

Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
401-462-0145/401-462-2583 *fax*

**Certification**

I hereby certify that on the 8th day of May 2006 I sent a true copy of the within document by first-class mail postage pre-paid to: Craig C. Price, Charlotte Correctional Institution 33123 Oil Well Road Punta Gorda, Florida 33655.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRAIG C. PRICE** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-389S** |
| | : | |
| **A.T. WALL, et al.** | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DISCOVERY REQUESTS**

Now come the Defendants in the above-entitled matter, by and through their attorney, and hereby respectfully request this Court permit them an enlargement of time in which to answer Request for Production of Documents and Interrogatories, propounded by the Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

In support of their motion, Defendants submit that more time is needed to assemble the documents Plaintiff has requested, and to formulate the objections which Defendants plan to make to some of Plaintiff's requests. In addition, Counsel for the Defendants has sought court excusal for the period between May 31, 2006, through and including June 12, 2006. Defendants seek a continuance to June 26, 2006.

Respectfully submitted:

Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
401-462-0145/401-462-2583 *fax*

**Certification**

I hereby certify that on the 5th day of May 2006 I sent a true copy of the within document by first-class mail postage pre-paid to: Craig C. Price, Charlotte Correctional Institution 33123 Oil Well Road Punta Gorda, Florida 33655.

______________________