FILED
MAY 11 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRAIG C. PRICE** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-389S** |
| | : | |
| **A.T. WALL, et al.** | : | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DISCOVERY REQUESTS**

Now come the Defendants in the above-entitled matter, by and through their attorney, and for the reasons argued in the accompanying memorandum of law, respectfully request this Court permit them an enlargement of time in which to answer Request for Production of Documents and Interrogatories, propounded by the Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

Defendants seek a continuance to June 26, 2006.

5/12/06

Respectfully submitted:

Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
401-462-0145/401-462-2583 *fax*

**Certification**

I hereby certify that on the 8th day of May 2006 I sent a true copy of the within document by first-class mail postage pre-paid to: Craig C. Price, Charlotte Correctional Institution 33123 Oil Well Road Punta Gorda, Florida 33655.

**ORDER**

GRANTED in part. Defendants shall respond on or before May 31, 2006.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: May 16, 2006