UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE *
*
Vs. * C.A. No 05-389S
*
A. T. WALL, et al. *

**PLAINTIFF'S STATEMENT OF**
***UNDISPUTED AND/OR DISPUTED FACTS***

Now comes the Plaintiff, Craig C. Price, pro se, in the above entitled matter, and pursuant to Rule 56 (a)(4) of the Local Rules of the United States District Court for the District of Rhode Island hereby states the material facts that are Undisputed and/or Disputed in this matter.

**UNDISPUTED FACTS**

The Plaintiff does not Dispute:

1.) That in August 2003 the Plaintiff, through Counsel (Attorney Dena Paolino-Sarcia), exercised his First Amendment Right and filed a Complaint/Motion to Compel against the Rhode Island Department of Corrections in an effort to Compel the Rhode Island Department of Corrections to provide the plaintiff with adequate psychological and psychiatric treatment consistent with the conditions and mandate of plaintiff's prison sentence.

2.) That Plaintiff's Complaint/Motion to Compel, by Stipulation, was voluntarily withdrawn and dismissed without prejudice, and that said stipulation did not include Florida as a state plaintiff stipulated he would voluntarily transfer to.

3) That the Florida Department of Corrections cannot provide the plaintiff with adequate, and meaningful, psychological and psychiatric treatment consistent with the plaintiff's prison sentence.

## * * DISPUTED FACTS * *

The Plaintiff disputes:

1) That during the pendancy of the Complaint/Motion to Compel the plaintiff filed against the Rhode Island Department of Corrections, the defendant's and defendants Counsel, through discussion and agreement with plaintiff's Counsel, promised to send plaintiff to an Out-of-State Correctional facility for the specific purpose of providing plaintiff with Court Ordered psychological and psychiatric treatment consistent with the conditions and mandates of plaintiff's prison sentence.

2.) That plaintiff was placed in a Close Management Segregation Status and facility because the defendants intentionally forwarded misinformation to the Florida Department of Corrections that the plaintiff "injured one correctional officer severely requiring hospitalization for an extended period of time"; "that plaintiff Escaped"; and that the plaintiff was "affiliated with Gangs."

3.) That were it not for the fact that the plaintiff had exercised his First Amendment Right and filed a Complaint/Motion To Compel against the Rhode Island Department of Corrections, than the defendants would not have transferred the plaintiff to an Out-of-State correctional facility.

5/30/2006

Respectfully Submitted

[signature]

Craig C. Price #126556 prose
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda Florida, 33955

# ***CERTIFICATION***

I hereby certify that on the 30th day of May, 2006, I sent a true copy of the within document by first-class mail postage pre-paid to Patricia A. Coyne-Fague #5198, at 40 Howard Avenue, Cranston R.I., 02920

Craig C. Rice, pro se, #126506

# ***NOTARIZATION***

Subscribed and Sworn to before me at the Charlotte Correctional Institution in Punta Gorda, Florida, on this 30th day of May, 2006.

Craig C. Rice
Plaintiff

Kara Williams
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Kara R. Williams
Commission # DD488568
Expires: NOV. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.