UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE
vs.
A. T. WALL, et al.

C.A. No. 05-389S

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW AND OBJECTION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, Craig C. Price #26556 pro se, pro se, in the above captioned matter, and pursuant to Rule 56 (a)(3) and 56(b) of the U.S. District Court Local Rules applicable to civil proceedings, I make this affidavit, and attach supporting documents in support of plaintiff's memorandum of law and Objection to the defendant's motion for Summary Judgment, and declare under penalty of perjury:

1.) That I have never escaped from prison.

2.) That I have never injured a correctional officer so severely that extended hospitalization for the officer was required.

3.) That My transfer to an out-of-State Correctional facility was not a Disciplinary Transfer.

4.) That I am not a GANG MeMBeR, nor have I ever been affiliated with a GANG.

5.) That during the pendancy of the Complaint/Motion to Compel the plaintiff filed against the R.I.D.O.C., the defendants promised Counsel for the plaintiff that if plaintiff agreed to an Out-of-State transfer, the plaintiff would be sent to a correctional facility that could provide plaintiff's courtordered treatment (which was the specific purpose plaintiff was transferred).

6.) That plaintiff was placed in a Close Management Segregation status and facility because the defendants intentionally forwarded misinformation to the FLA.D.O.C. causing the plaintiff, (me), to placed on the above described Close Management segregative status.

7.) That were it not for the fact that I exercised my 1st Amendment right and filed a Complaint/Motion to Compel against the R.I.D.O.C. to Compel Court Ordered treatment, I would not have been transferred out-of-state and placed on Close Management Segregation Status(which is a direct consequence of the R.I.D.O.C.s misinformation activities).

8.) That I could not attain Attorney Dena Paolino-Sarcia's affidavit in the extended time granted to me by the Courts, and all my efforts to secure said affidavit have been made in good faith and in due diligence.

9.) That as of the date of this affidavit, I still have not received the requested discovery I sought from defendants, and I have sought discovery from defendants since the date of 4-5-06, which is the date I submitted to defendants my request for Interrogatories and production of documents by U.S. Mail).

Under penalties of perjury, I declare that I written and read the foregoing affidavit and the facts stated within it and attached to it are true and correct. 5/30/2006

[signature]

Craig C. Price, #126556, pro se
Charlotte Correctional Center
33123 oil Well Road
Punta Gorda, Florida
33955

***CERTIFICATION***

I hereby certify that on the 30th day of May, 2006, I sent a true copy of the within document by first Class Mail to the defendants attorney Patricia Coyne-Fague #5198, at 40 Howard Avenue, Cranston, R.I. 02920, and to the Clerk of the United States District Court for the District of R.I., Providence, Rhode Island, 02903-1779.

[signature]

***NOTARIZATION***

Subscribed and Sworn to before me at the Charlotte Correctional Center (Institution), in Punta Gorda, Florida, on this 30th day of May, 2006.

[signature]
Plaintiff

[signature]
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Kara R. Williams
Commission # DD488568
Expires: NOV 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.