pg 1. of Exhibit "AA"

Craig Price
Florida State Prison
7819 NW 228th Street
Raiford, Florida 32036-1220

April 11, 2005

Dear Craig:

Sorry it has taken me forever to write but stealing a few minutes has been nearly impossible.

I received your papers and made 2 sets of copies. I sent you back the original and one copy in case you needed extras. (I kept a copy!)

I assume you received my last letter which was very short. Since then I did finished reviewing your complaint. Let me begin by saying I agree that you are getting screwed by the DOC. At least that is how it most definitely appears. That being said, I still think that you should go about things in a different way. Don't get me wrong, I understand (as best I can) how upset you are. The conditions sound deplorable and the DOC is probably thrilled. However, when you file a complaint such as the one you prepared, you leave yourself with the arduous task and burden of having to prove many elements that are not easy to do in a court. Again, your ideas are correct but sometimes your intellect blurs the most direct and simple means to achieve your goal. The most expeditious and no-nonsense way to deal with this situation is to refile before DeRobbio and explain the situation to him. The papers from Florida spell out the deception of the DOC and Florida's "misunderstanding". By doing it this way, you will save yourself from having to persuade the court of extraneous matters.

I understand how determined you are to prove your allegations but all that matters is getting you in an appropriate facility as promised. It is simple-you agreed to an out-of-state transfer for one specific reason-to get the programming that the RI DOC admits you are entitled to yet that they cannot provide. And what happens? You end up in a worse situation because of a "misunderstanding". I say that mockingly yet you do not need to prove the DOC did this deliberately to get what you deserve. Although your complaint and anticipated legal maneuvers are right in essence, legally you will not be able to prove the necessary intent and it doesn't matter. By that I mean that although we know they did

this intentionally, you are setting yourself up to fail if you allege it and have to prove it. You can "win" without having to prove any intent.

That is my advice. As I said before, my current situation does not leave me the ability or resources to prepare this case the way you have expressed you want it prepared. Nevertheless, I will help in any way possible because what they are doing is wrong. I can't type all those pages, but I can have it done if you can pay for it. I will file whatever if you need me to file. I think it is in your best interest to proceed in the manner I articulated, but that is merely my legal opinion.

Write as soon as possible and we will go from there!

Dena

Dena