Exhibit "A"

COPY

**Dena Paolino**

**From:** "Coyne-Fague, Patricia" <Patricia.Coyne-Fague@doc.ri.gov>
**To:** "Dinitto, Joseph" <Joseph.Dinitto@doc.ri.gov>
**Cc:** <dpaolino3@cox.net>
**Sent:** Thursday, May 26, 2005 8:51 AM
**Subject:** resending message

Hi Joe.
Dena just called me and feels that Florida has misconceived the reasons that we sought out-of-state placement for Craig Price.
Florida is keeping him in confinement based on his long and violent disciplinary history, as is their prerogative, with which we do not quarrel.
However, Dena would like you to send a letter to Florida that, while we understand that classification is their issue, clarifies that the *reason* we sent him.
Let me know if this is a problem.
Thanks.

***Patricia A. Coyne-Fague***
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

No Further Communication from DOC!