Exhibit "B"

**Dena Paolino**

COPY

**From:** "Coyne-Fague, Patricia" <Patricia.Coyne-Fague@doc.ri.gov>
**To:** <dpaolino3@cox.net>
**Cc:** "Dinitto, Joseph" <Joseph.Dinitto@doc.ri.gov>
**Sent:** Thursday, May 26, 2005 10:43 AM
**Subject:** Craig Price

Joe re-read to me the cover letter we sent to Florida. We made it clear why we were sending him. They are free (indeed obligated) to look at his entire record when they determine his placement. As I said before, that's their prerogative. No "promises" were made re: him being in population; this transfer was to give him a chance at it that he likely did not have here. Now it's up to him to work his way through their system. Any complaints he has about their decision should be addressed to them.

***Patricia A. Coyne-Fague***
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*