Exhibit "CC"

Exhibit "C"

Dena Paolino-Sarcia
Attorney at Law

P.O. BOX 7182 • CUMBERLAND, RHODE ISLAND 02864
TEL. (401) 334-6012 • FAX (401) 334-2921
MOBILE (617) 201-1868

Hey Craig –

I just received your letter and I want you to rest assure that I have no intention of being a witness for DOC. They have not contacted me either.

I actually look forward to testifying against them in a hearing. They screwed us both by their game in this transfer, more specifically the info they gave Florida!

So rest your mind.

Stay Strong + keep me posted!

Dena

11-8-05