11/12/13

# Report of Close Management

Exhibit "D"

**State of Florida** **Department of Corrections**

DC #: 126556 Inmate Name: PRICE, Craig Facility: FSP (205)

I. ☑ **Referral for Assignment to Close Management**
❑ **Review of Inmate's Assignment to Close Management Status**

**Date of Current Initial assignment to CM:** ______
**Close Management Status Level:** ______ **Date Assigned to Current CM level:** ______

Recommendations/Comments:

MED: 1; PSY: 2; TRD: 06/20/15; ESCAPES: Yes: Unknown facility - 1994; TRANSFERRED TO F.S.P: As an Interstate Compact Transfer for CM review. CURRENT STATUS: Subject is currently serving a 21-year term for Contempt of Court, and Assault by Prisoner on a Correctional Officer – injured one officer severely requiring hospitalization for an extended period of time. Inmate Price received 47 disciplinary infractions from August 16, 1994 until April 7, 2003. These disciplinary actions include Tampering with a Security Device, Refusing to Work, Assault and/or Battery, and Participating in a Riot, Escape, and Threats. Subject arrived in the Florida State Prison System in a restricted custody status after a year without a disciplinary action. RECOMMENDATION: CMI for severity of criminal offense and his poor disciplinary record.

Signature: *Richard Robinson* Date: 12/8/2004

[redacted]

III. **Institutional Classification Team Action:** Date: 1-13-05, at 6:45 (a.m.)/p.m.

Inmate Present ☑ Yes ❑ No
48 hours elapsed since delivery of notification ☒ Yes ❑ No Staff Assistance Provided ❑ Yes ☑ No
☑ Yes-Reviewed & considered CM Referral Assessment (DC6-128) dated: 12/27/04 ❑ No-Not Initial CM Placement
❑ Yes-Reviewed & considered BRA (DC4-729) results dated: ______ ☑ No-Initial CM Placement
❑ Yes-Reviewed & considered Mental Health Assessments (DC4-528) dated: ______ ☑ No-Initial CM Placement
❑ Yes-Reviewed inmate's disciplinary confinement status (DC status>60 days) ☑ No-Inmate not in DC or DC status<60 days

Basis for CM recommendation and if applicable continuation or removal from disciplinary confinement status:

Inmate Present - ICT recommends Inmate be placed on CMI based on his disruptive behavior and his threat to security. Inmate was received on Interstate Compact due to his extensive [illegible] that includes assault on staff, part. in Riot, Escape and threats. [illegible] placement on CMI is required due to his actions of [illegible]

MEMO's dated: [illegible]

**Action Recommended:**

☒ Assign to Close Management I
❑ Assign to Close Management II
❑ Assign to Close Management III
❑ Disapproved for placement in Close Management
❑ Continue current Close Management status
❑ Release from Close Management status
❑ Reassign from Close Management I to Close Management ______
❑ Reassign from Close Management II to Close Management ______
❑ Reassign from Close Management III to Close Management ______
❑ Continue in Disciplinary Confinement Status
❑ Release from Disciplinary Confinement Status

Member *Jan Chilton* Member *[signature]* Member *[signature]*