Page 1. Exhibit "DD"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

RECEIVED
FEB 08 2005
BUREAU OF CLASSIFICATION & CENTRAL RECORDS

January 31, 2005

Sylvia D. Williams
Interstate Corrections Compact Administrator
Florida Dept. of Corrections
2601 Blairstone Road
Tallahassee, Florida 32399-2500

Re: Craig Price #126556
ACI #95484

Dear Ms. Williams:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on January 14, 2005, regarding the above-named Rhode Island inmate.

As indicated, Mr. Price was classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in April, 2005. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

105williams9

page 2 Exhibit "DD"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

RECEIVED
JUN 29 2005
BUREAU OF CLASSIFICATION
& CENTRAL RECORDS

June 20, 2005

FL # 126556

Sylvia D. Williams
Interstate Corrections Compact Administrator
Florida Dept. of Corrections
2601 Blairstone Road
Tallahassee, Florida 32399-2500

Re: Craig Price
ACI #95484

Dear Ms. Williams:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on April 22, 2005, regarding the above-named Rhode Island inmate.

As indicated, Mr. Price was classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in July, 2005. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A DiNitto

Joseph A. DiNitto
Associate Director
Classification

605williams5

1345.05

Pg. 3 Exhibit "DD"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

RECEIVED
AUG 2 ? 2005
BUREAU OF CLASSIFICATION
& CENTRAL RECORDS

August 22, 2005

Sylvia D. Williams, Administrator
Interstate Corrections Compact Services
Florida Dept. of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

Re: Craig Price #126556
ACI #95484

Dear Ms. Williams:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on July 28, 2005, regarding the above-named Rhode Island inmate.

As indicated, Mr. Price was classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in November, 2005. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

805williams22

pg. 4 Exhibit "DD"

RECEIVED

APR 10 2006

BUREAU OF CLASSIFICATION & CENTRAL RECORDS

126556

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

March 31, 2006

Sylvia D. Williams, Administrator
Interstate Corrections Compact Services
Florida Department of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

Re: Craig Price
ACI #95484

Dear Ms. Williams:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on February 27, 2006, regarding the above-named Rhode Island inmate.

As indicated, Mr. Price was classified High Security, "B" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in June, 2006. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: file
enclosure