Safety devices include: fire, smoke, and carbon dioxide detection devices; alarm systems; fire suppression systems and devices such as fire sprinklers, fire extinguishers, and dry chemical systems; safety and emergency lighting; exit lights; evacuation route and warning placards; self-contained breathing apparatuses; personal protective equipment; first aid kits; eye wash stations; and any other device utilized to ensure the safety of the institution, staff and inmates.

**SECTION 10 - COMMUNITY RELEASE PROGRAM VIOLATIONS-WORK RELEASE, STUDY RELEASE, FURLOUGH AND VOLUNTEER SERVICE**

| | | |
|---|---|---|
| 10-1 | Failure to directly and promptly proceed to and return from designated area by approved method | 60 DC + 180 GT |
| 10-2 | Failure to remain within designated area of release plan | 30 DC + 60 GT |
| 10-3 | Failure to return if plan terminated prior to scheduled time | 30 DC + 30 GT |
| 10-4 | Making unauthorized contact, personal, telephone or otherwise, with any individual in behalf of another inmate | 10 DC + 15 GT |
| 10-5 | Deviating from or changing approved plan without permission | 10 DC + 15 GT |
| 10-6 | Making purchase or contract without approval | 10 DC + 15 GT |
| 10-7 | Failure to deposit entire earnings, less authorized deductions, each pay period | 10 DC + 15 GT |

**SECTION 11 - SUPERVISED COMMUNITY RELEASE PROGRAM VIOLATIONS**

| | | |
|---|---|---|
| 11-1 | Violation of the terms and conditions of the Supervised Community Release Agreement | 30 DC + 60 GT Removal from the Supervised Community Release Program and assignment to a designated facility |
| 11-2 | Absconding from the Supervised Community Release Program | 60 DC + All GT |

Specific Authority 944.09 FS. Law Implemented 20.315, 944.09, 944.14, 944.279, 944.28 FS. History--New 3-12-84, Formerly 33-22.12, Amended 1-10-85, 12-30-86, 9-7-89, 11-2-90, 6-2-94, 10-01-95, 3-24-97, 7-9-98, 8-13-98, Formerly 33-22.012, Amended 9-30-99, 6-7-00, 4-18-02, 10-10-04, 1-9-05.

**33-601.401 Interstate Corrections Compact.**

(1) Definitions. As used in this Chapter:

(a) "Transfer" means transfer under the Interstate Corrections Compact authorized by Sections 941.56 and 941.57, F.S.

(b) "Administrator" means the Interstate Corrections Compact Administrator in the Office of Institutions.

(c) "Sending state" means the state from which an inmate is transferred.

(d) "Receiving state" means the state to which an inmate is transferred.

(2) The Interstate Corrections Compact Administrator shall approve, deny or initiate the interstate transfer of an inmate.

(3) When Florida is the Sending State.

(a) The institutional classification team (ICT) is authorized to recommend an inmate for interstate compact transfer with or without the inmate's request. A request for transfer may be initiated by the inmate to the ICT of the institution at which the inmate is

pg. 2 Exhibit E



incarcerated.

(b) Any inmate whose transfer has been requested, but who does not consent to the transfer, shall be given a hearing before the ICT. The inmate shall be given at least 48 hours written notice of such hearing.

(c) Any request for transfer ICT, which shall make its recommendations to the Interstate Corrections Compact Administrator.

(d) Inmates may be transferred for any reason within the scope of Section 941.56, F.S.

(e) The Parole Commission shall be notified at least 14 days before any inmate is transferred so that any necessary parole hearing may be held.

(f) The institution shall prepare a waiver of extradition to be executed by the inmate being transferred.

(g) Inmate property shall be transferred with the inmate subject to rules of the receiving state.

(4) When Florida is the Receiving State.

(a) A progress report shall be provided to the sending state at six month intervals. The sending state shall be kept informed at all times of the inmate's institutional address and shall be notified immediately if the inmate escapes.

(b) The approval of the sending state shall be required for any action that could have the effect of modifying the inmate's sentence.

(c) The release of inmates confined under the Interstate Corrections Compact will be in accordance with the instructions of the sending state.

(d) Inmates confined under the Interstate Corrections Compact shall be afforded the opportunity and shall be required to participate in programs of occupational training, industrial or other work on the same basis as inmates of Florida. Qualified inmates will be eligible for participation in Community Work Release Programs with the approval of the sending state. Approval will be obtained through the Interstate Corrections Compact Administrator.

(e) Upon request of the sending state, the authorities of Florida will be authorized to and will conduct hearings, prepare and submit the record of such hearings, together with any recommendations of the hearing officials to the officer(s) of the sending state.

(f) Decisions concerning parole eligibility and release on parole will be determined by the sending state's parole authority.

(g) Inmates may be returned to the sending state upon recommendations by the ICT and subsequent approval by the Interstate Corrections Compact Administrator for the following reasons:

1. Failure to adjust,

2. Personal safety of an inmate in the sending state is no longer a factor,

3. Personal safety of an inmate in the receiving state becomes a factor,

4. At the request of the sending state, or

5. Other valid reason(s).

(h) If the return of an inmate is approved the sending state shall be notified to retake the inmate within 30 days.

(5) The Interstate Corrections Compact Administrator shall coordinate the implementation of this section and shall conduct all routine correspondence with other party states.

Specific Authority 941.57, 944.09 FS. Law Implemented 941.55, 941.56, 941.57 FS. History--New 7-7-81, Formerly 33-21.01, Amended 12-30-96, Formerly 33-21.001, Formerly 33-301.101, Amended 3-9-03, 9-23-03.

**33-601.402 Interstate Agreement on Detainers.**

Specific Authority 944.09, 945.21 FS. Law Implemented 941.45, 941.46, 941.47, 941.49 FS. History--New 7-7-81, Formerly 33-21.02, Formerly 33-21.002, Formerly 33-301.102, Repealed 1-19-03.

**33-601.501 Discharge of an Inmate.**

(1) When an inmate has completed all combined sentences imposed upon him or is released by parole, pardon