**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CRAIG PRICE**

**v.** **C.A. No. 05 - 389S**

**ASHBEL T. WALL**, et al.

**ORDER**

Upon consideration of the objection of the plaintiff to defendants' motion for an extension of time, the Court *sua sponte* has extended the time in which plaintiff may file an objection to defendants' motion for summary judgement. Plaintiff's objection to defendants' motion for summary judgement shall be filed on or before June 14, 2006.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 6 Jun 06