Exhibit A

# COMMONWEALTH of VIRGINIA

**Department of Corrections**

GENE M. JOHNSON
DIRECTOR

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

August 25, 2004

Joseph DiNitto
Interstate Corrections Compact
75 Howard Ave.
Cranston, RI 02920

RE: Craig Price ACI #95484

Dear Mr. DiNitto:

Interstate Corrections Compact Acceptance/Rejection Notice

Rejection Notice: After careful review it has been determined that the above inmate is not a suitable candidate for transfer to Virginia as a boarder. **This decision is based on Mr. Price's gang affiliation with the 5 Percenters and documentation which identifies him as a recruiter for this gang. Virginia has experienced a growth in gangs within it's prison population as well as in our local communitites to include Mr. Garcia's gang, the 5 Percenters. For these reasons, he is not viewed as an acceptable applicant at this time.**

**Please be assured of our willingness to review future applicants.**

Sincerely,

Terry Glenn

Terry Glenn, Coordinator
Interstate Corrections Compact
804) 674-3131, Ext. 1531

Cc: ICC File
ICC Rejection File

RECEIVED
AUG 30 2004
CLASSIFICATION OFFICE