UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CRAIG C. PRICE | ) |
| | ) |
| v. | )   C.A. No. 05-389S |
| | ) |
| ASHBEL T. WALL, II, ET AL. | ) |
| | ) |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on March 14, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  Plaintiff's three motions for a temporary restraining order/preliminary injunction are DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/22/06