UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

v. C.A. No. 05-389S

ASHBEL T. WALL, II, ET AL.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on March 14, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's three motions for a temporary restraining order/preliminary injunction are DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/22/06