UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE
VS.
A.T. WALL et.al.

C.A.No. 05-389S

**MOTION TO RULE UPON DEFENDANT'S SUMMARY JUDGMENT**

Now comes the plaintiff in the above entitled matter, and for the reasons set-forth in the accompanying memorandum, the plaintiff prays the court will rule upon the defendant's Motion for Summary Judgment that the plaintiff has emphatically, and respectfully, objected to.

: 9/29/2006

Respectfully Submitted

Craig C. Price, pro-se, #126556

Craig C. Price, pro se, #126556
Charlotte Correctional Institution
32123 Oil Well Road
Punta Gorda, Florida, 33955

**CERTIFICATION**

I hereby certify that on the 29th day of September, 2006, I sent a true copy of the plaintiff's Motion to Rule upon defendant's Motion for Summary Judgment, along with the accompanying memorandum to said Motion, to defendant's Counsel Patricia A. Coyne-Fague #5198, at 40 Howard Avenue, Cranston, R.I. 02920, and to the Clerk of the U.S. District Court for Rhode Island.

Craig C. Price pro-se 126556

***NOTARIZATION***

Subscribed and Sworn to before me at the Charlotte Correctional Institution in Punta Gorda, Florida, 33955, on this 29th day of September, 2006.

: Craig C. [signature] pro se
plaintiff pro se
: 9/29/2006

NOTARY PUBLIC-STATE OF FLORIDA
Kara R. Williams
Commission # DD488568
Expires: NOV. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.

: Kara Williams
Notary Public

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

VS. C.A. No. 05-389 S

A.T. WALL et.al.

**MEMORANDUM IN SUPPORT TO PLAINTIFF'S MOTION TO RULE UPON DEFENDANT'S SUMMARY JUDGMENT**

Now comes the plaintiff, Craig C. Price, pro se, in the above-entitled matter, and hereby respectfully request that this Honorable Court Rule upon the defendant's Motion For Summary Judgment that the plaintiff has objected to.

In Support of plaintiff's Motion, the plaintiff now submits the following Memorandum with the following facts, that the plaintiff respectfully prays the Court will consider.

The facts are as follows:

1) That on 4-19-06, the defendants filed a Motion For Summary Judgment with Supporting Memo. with the Clerk of the Court in regards to the above-entitled case.

2) That on 5-8-06, the plaintiff filed for an additional fifteen (15) days to respond and file objection and Memo. to defendant's Motion for Summary Judgment.

3) That on 5-9-06, an Order to grant Motion For Extension of Time was signed by Magistrate Judge Jacob Hagopian, and that deadlines for Motion for Summary Judgment were reset, inwhich plaintiff's response/objection was then due by or on 5-31-06.

4) That on 5-11-06, [redacted] defendant's filed a Motion and accompanying Memo. for Enlargement of Time to June 26, 2006, inwhich to respond to plaintiff's Discovery Requests.

5) That on 5-17-06, an Order that was signed by Magistrate Judge Jacob Hagopian on 5-12-06, was entered into the record, and that said order granted, (in part), defendant's Motion For Extension of Time to respond to the Discovery request of the plaintiff, and that defendants had until or before 5-31-06 to do so.

6) That on 5-22-06, with accompanying memo. the plaintiff filed a Response in opposition regarding defendant's Motion for Extension of Time for Enlargement of Time inwhich to respond to plaintiff's Discovery Request.

7.) That on 6-5-06, along with supporting Memo. the plaintiff's Response and opposition regarding defendant's Motion for Summary Judgment was entered into Record with the Court.

8) That on 6-6-06, a Sua Sponte Order was signed by Magistrate Judge Jacob Hagopian, inwhich said order extended time for plaintiff to file objection to defendant's Motion for Summary Judgment to on or before 6-14-06.

9) That on or before the date of 6-14-06, the plaintiff further filed a Supplemental Affidavit regarding plaintiff's opposition to defendant's Motion for Summary Judgment, and that said Supplemental Affidavit was entered into record on 6-20-06.

10) It has been over One Hundred (100) days since the plaintiff has filed his objection to the defendant's Motion for Summary Judgment, and No Ruling or Order as to whether defendant's Motion for Summary Judgment has been respectfully denied, or granted, has been issued by the Court.

## *** CONCLUSION ***

The plaintiff respectfully concludes, by respectfully imploring the Court to please Rule upon the defendant's Motion for Summary Judgment, because the plaintiff, (as set-forth in plaintiff's complaint regarding his retaliatory claim), is continuously impacted by the defendant's adverse actions of blatantly and intentionally forwarding misinformation about the plaintiff and his institutional record and file.

Moreover, the plaintiff is still being held in segregation, on a segregative and restricted status in the Florida D.O.C.,

whereupon the plaintiff is still not receiving any meaningful psychiatric and psychological court ordered treatment which is a specific mandate to plaintiff's prison sentence.

The idle and perpetual confinement the plaintiff now endures cannot be further challenged, or resolved, and that no further course of relief can be embarked upon by the plaintiff, if such a Motion as a Motion for Summary Judgment remains unruled upon by the court and keeps the plaintiff in a legal limbo.

Therefore, for the reasons stated within the plaintiff's memorandum, the plaintiff respectfully request that the court please give immediate consideration to the plaintiff's Motion to Rule upon the defendant's Motion for Summary Judgment that the plaintiff has emphatically objected to.

9/ 2006

Respectfully Submitted:

Craig C. Price #126556 pro se

Craig C. Price, #126556, pro se
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida, 33955

***CERTIFICATION***

I hereby certify that on 29th day of September, 2006, I mailed a true copy of the within document by first-class mail to the Clerk of the U.S. District Court for Rhode Island, and to the defendants attorney Patricia A. Coyne-Fague # 5198, 40 Howard Avenue, Cranston, R.I. 02920.

Craig C. Price pro se

***NOTARIZATION***

Subscribed and Sworn to before me at the Charlotte Correctional Institution, in Punta Gorda, Florida, 33955, on this 29th day of September, 2006.

NOTARY PUBLIC-STATE OF FLORIDA
Kara R. Williams
Commission # DD488568
Expires: NOV. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.

Craig C. Price pro se
Plaintiff pro se
9/29/2006

Kara Williams
Notary Public