UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE

vs. C.A. No. 05-389S

ASHBEL T. WALL II, et al.

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR EXTENSION**
**OF TIME AND/OR CONTINUANCE**

I, Craig C. Price, the pro se plaintiff in the above captioned matter, do hereby swear that the following facts are true and correct:

1.) That I received the Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopain on the second day of October, 2006.

2.) That I am prisoner in the Florida D.O.C. currently housed in a Close Management Segregation Unit at Charlotte Correctional Institution, and that I am on a restricted segregative status that allows me limited access to inmate law clerks whom I am completely dependant upon to process my request for case law, research, copies, and legal supplies, for the preparation of my documents to be submitted to the Courts.

3.) That I have been diligent in my efforts to prepare my objection, and my memorandum of law in support to my objection to the Report and Recommendation, but given the ten (10) day time limit allotted to me to have my objection and accompanying memorandum filed, along with the fact that it is extremely time consuming for the inmate law clerks to process any request for assistance for copies, legal supplies, case law cites, research, etc... I do not believe I could adequately complete my objection and memorandum of law in support to my objection in the alloted time frame of 10 days.

4.) Furthermore, as of todays date of this affidavit, I have a balance of $0.07 in my account, (see Exhibit "A" attached), which means I am indigent and that I cannot afford the necessary postage I need to mail my Objection to the Courts and defendants attorney. Thus, what I have done in my efforts to try and secure the necessary postage I need, I have written to my family, and I have formally asked for assistance from the prison officials here at Charlotte C.I.. The plaintiff has also used his time alloted thus far in an adequate manner preparing his objection (See Exhibit B attached).

5.) That the plaintiff only needs an additional Seven (7) days to complete his objection and memorandum In Support of his objection to the Report and Recommendation to Senior United States Magistrate Judge Jacob Hagopain's recommendation to grant defendant's Motion For Summary Judgment.

Under penalties of perjury, I declare that I have written and read the foregoing affidavit and the facts stated within it are true and correct.

10/12/2006

[signature]
Craig C. Price, Pro Se # 126556
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida, 33955

**CERTIFICATION**

I hereby certify that on the 12th day of October, 2006, I sent a true copy of the within document by U.S. Mail to the defendant's attorney Patricia A. Coyne-Fague # 5198, at 40 Howard Avenue, Cranston, R.I., 02920, and to the Clerk of the U.S. District Court at the Clerks Office at Providence, Rhode Island, 02903-1779.

[signature]

***Notarization***

Subscribed and Sworn to before me at the Charlotte Correctional Institution in Punta Gorda, Florida, on this 12th day of October, 2006.

[signature]
plaintiff pro se

[signature]
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Kara R. Williams
Commission # DD488568
Expires: NOV. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.