Exhibit "A"

IBSR140 (74)

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FACILITY: 510 - CHARLOTTE C.I.
FOR: 09/01/2006 - 09/30/2006

10/02/06
08:15:23
PAGE 117

ACCT NAME: PRICE, CRAIG
BED: A3210U
PO BOX:

ACCT#: 126556
TYPE: INMATE TRUST

BEGINNING BALANCE 09/01/06 $29.69

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/04/06 | 131 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $1.00 | $28.69 |
| 09/06/06 | 049 | CANTEEN SALES | 51020060905 | 000 | | - | $16.22 | $12.47 |
| 09/11/06 | 131 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $1.00 | $11.47 |
| 09/12/06 | 049 | CANTEEN SALES | 51020060911 | 000 | | - | $7.97 | $3.50 |
| 09/18/06 | 133 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $1.00 | $2.50 |
| 09/19/06 | 049 | CANTEEN SALES | 51020060918 | 000 | | - | $2.43 | $0.07 |

ENDING BALANCE 09/30/06 $0.07