Exhibit
"B"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG C. PRICE *
*
VS. * C.A. No. 05-389 S
*
A.T. WALL II, et.al. *
*
*

**PLAINTIFFS OBJECTION**
***TO REPORT AND RECOMMENDATION***

Now comes the plaintiff, ____________, pro se, in the above entitled matter, and pursuant to Fed. R. Civ. P. 72(b), and LR Cv. 72(d), the plaintiff moves in this honorable Court to OBJECT to the Report and Recommendation of Magistrate Judge Jacob Hagopain. For the reasons and the arguments set-forth in the plaintiff's Memorandum of Law In Support of his objection the plaintiff prays this honorable Court will sustain the plaintiff's objection to the Report and Recommendation Recommending defendant's Motion for Summary Judgment be granted.

Respectfully Submitted:

___/___/________

______________________
Craig C. Price, pro se, #126566
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida 33955

**CERTIFICATION**

I hereby certify that on the ____ day of ____________ 2006, I sent a true copy of the within document to defendant's attorney Patricia A. Coyne Fague by U.S. Mail, and I sent a original to the U.S. Clerk of the U.S. District Court Clerk's Office at Providence, Rhode Island, 02903-1779.

______________________

***Notarization***

Subscribed and Sworn to before me at the Charlotte Correctional Institution in Punta Gorda, Florida, on this ____ day of ____________ 2006.

______________________
plaintiff pro se

______________________
Notary Public