**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRAIG C. PRICE** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-389S** |
| | : | |
| **A.T. WALL, et al.** | : | |

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION

Now come the Defendants in the above-entitled matter, by and through their attorney, and pursuant to Local Rule 72 (d)(3), and for the reasons argued in the accompanying memorandum of law, hereby submit that the Magistrate's Report and Recommendation ("R&R") issued on September 26, 2006, granting the Defendants' Motion for Summary Judgment should be adopted by this Court as correctly decided.

Respectfully submitted:

______________________________

Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that on the 31st day of October 2006 I sent a true copy of the within document by first-class mail postage pre-paid to: Craig C. Price, Charlotte Correctional Institution 33123 Oil Well Road Punta Gorda, Florida 33655.

______________________________