**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRAIG C. PRICE** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-389S** |
| | : | |
| **A.T. WALL, et al.** | : | |

MEMORANDUM IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION

Now come the Defendants in the above-entitled matter, by and through their attorney, and hereby submit that the Magistrate's Report and Recommendation ("R&R") issued on September 26, 2006, granting the Defendants' Motion for Summary Judgment should be adopted by this Court as correctly decided. Defendants submit that for all of the reasons argued within their Memorandum in Support of Motion for Summary Judgment, that there is no genuine issue of material fact and that the Defendants are entitled to judgment as a matter of law. Plaintiff's arguments within his Objection to the R&R are conclusory at best, and do nothing to change the pertinent case law regarding retaliation claims or inmate classification.

For all of the reasons the Defendants argued within their Memorandum in Support of Motion for Summary Judgment, the Defendants respectfully request that this Court

adopt and affirm the Magistrate's Recommendation.

Respectfully submitted:

____________________________

Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that on the 31st day of October 2006, I sent a true copy of the within document by first-class mail postage pre-paid to: Craig C. Price, Charlotte Correctional Institution 33123 Oil Well Road Punta Gorda, Florida 33655.

____________________________