UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Craig C. Price
    Plaintiff

V.                                CA05-389S

Ashbel T. Wall,
R.I.D.O.C. Director, et al
    Defendants

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on September 26, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Plaintiff's objection to the Report and Recommendation is DENIED and Defendants Motion for Summary Judgment is GRANTED.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 11/9/06